AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
JAN 1 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.

Case Number:   06-30002-002

**CURRY READY MIX & BUILDERS SUPPLY, INC.**
**21149 ROUTE 4**
**CARLINVILLE, IL   62626**

YOU ARE HEREBY SUMMONED to appear before the **UNITED STATES DISTRICT COURT**
at
**600 E. Monroe, Springfield, IL**
on
**January 24, 2006 at 11:00 a.m.**
before the
HONORABLE **UNITED STATES MAGISTRATE JUDGE BYRON CUDMORE**

To answer a(n) **Indictment** charging you with a violation of Title **33**, United States Code, Section(s) **1311(a) and 1319(c)(2)(A)**

Brief description of offense:

Illegal discharge without an NPDES Permit

s/John M. Waters

DATE: **January 5, 2005**

JOHN M. WATERS, CLERK

___s/Marleen Cooke___
BY:  DEPUTY CLERK

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date) _1-11-06_ |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: _Served ~~personally~~ attorney John Noll @ US Attorneys office Springfield, IL_

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
   Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _1-11-2006_    _Steven Deatherage_
             Date            Name of United States Marshal

                             _Daryl Hollenback_
                             (by) Deputy United States Marshal

Remarks: