E-FILED
Thursday, 19 January, 2006 12:52:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GERALD LIPPOLD, | ) | No. 06-30002 |
| CURRY READY MIX & BUILDERS' | ) | |
| SUPPLY, INC., CURRY ICE & COAL | ) | |
| OF SPRINGFIELD, INC. and LIPPOLD | ) | |
| & ARNETT, INC. | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**NOW COME** the Noll Law Office, by its representative, JON GRAY NOLL, and Sorling, Northrup, Hanna, Cullen & Cochran, Ltd., by its representative, CHARLES J. NORTHRUP, attorneys licensed and in good standing in the State of Illinois, and hereby enter their appearance in this proceeding on behalf of Defendants, Curry Ready Mix & Builders' Supply, Inc., Curry Ice & Coal of Springfield, Inc. and Lippold & Arnett, Inc.

Respectfully submitted,

NOLL LAW OFFICE

By: /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

By: /s Charles J. Northrup
Charles J. Northrup 6198600
Attorney for Defendant
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
P. O. Box 5131
Springfield, IL 62705
Telephone (217) 544-1144
E-mail: cjnorthrup@sorlinglaw.com

<u>**IN THE UNITED STATES DISTRICT COURT**</u>
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January __19__, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pat Chesley
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62704

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Charles J. Northrup
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
607 East Adams
P.O. Box 5131
Springfield, IL 62705

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com