E-FILED
Tuesday, 24 January, 2006  01:30:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No. 06-30002 |
| GERALD LIPPOLD, ) | |
| CURRY READY MIX & BUILDERS' ) | |
| SUPPLY, INC., CURRY ICE & COAL ) | |
| OF SPRINGFIELD, INC. and LIPPOLD ) | |
| & ARNETT, INC. ) | |
| Defendants. ) | |

**FEDERAL RULE OF CRIMINAL PROCEDURE 12.4 DISCLOSURE**

**NOW COMES** Defendants Curry Ice & Coal of Springfield, Inc., Curry Ready Mix & Builders' Supply, Inc., Curry Ice & Coal, Inc., and Lippold & Arnett, Inc., by and through their attorneys, Noll Law Office and Sorling, Northrup, Hanna, Cullen & Cochran Ltd., and pursuant to Rule 12.4 of the Federal Rules of Criminal Procedure, state as follows, that:

1. Curry Ice & Coal of Springfield, Inc., Curry Ready Mix & Builders' Supply, Inc., Curry Ice & Coal, Inc., and Lippold & Arnett, Inc. are all non-governmental corporate entities.

2. Curry Ready Mix & Builders' Supply, Inc. has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

3. Curry Ready Mix & Builders' Supply, Inc. owns 100% of the stock of Curry Ice & Coal of Springfield, Inc.

4. Curry Ready Mix & Builders' Supply, Inc. owns 100% of the stock of Lippold & Arnett, Inc.

5. With respect to Curry Ice & Coal, Inc., which is not identified in the caption of these proceedings, but is alleged to have committed violations under paragraph 32 of the Indictment, Curry Ready Mix & Builders' Supply, Inc. owns 100% of the stock of Curry Ice & Coal, Inc.

Respectfully submitted,

**CURRY READY MIX & BUILDERS' SUPPLY, INC.,
CURRY ICE & COAL OF SPRINGFIELD, INC.
CURRY ICE & COAL, INC.,** and
**LIPPOLD & ARNETT, INC.**
Defendants,

By:     /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendants
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pat Chesley
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62704

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Charles J. Northrup
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
607 East Adams
P.O. Box 5131
Springfield, IL 62705

                                   /s Jon Gray Noll
                                   Jon Gray Noll 02060108
                                   Attorney for Defendant
                                   Noll Law Office
                                   802 South Second Street
                                   Springfield, IL 62704
                                   Telephone: (217) 544-8441
                                   Fax: (217) 544-8775
                                   E-mail: noll@noll-law.com