E-FILED
Wednesday, 24 May, 2006  09:32:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Criminal No. 06-30002 |
| v. | ) |
| | ) |
| GERALD LIPPOLD, et al., | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SET
DEADLINE FOR GOVERNMENT DISCLOSURE OF EXPERT WITNESSES**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, makes the following response to defendant Lippold's Motion to Set Deadline for Government Disclosure of Expert Witnesses:

1. Defendant Lippold filed his motion on May 10, 2006. In that motion the defendant sought to have the government disclose its expert witnesses by June 1, 2006.

2. The government will be unable to meet such a short deadline but believes that it will be able to identify its experts and disclose them to the defendants by June 21, 2006, which is two months prior to trial. Such disclosure is substantially before trial and should allow the defendants sufficient time to prepare for trial.

3. Federal Rule of Criminal Procedure 16(b)(1)(C) provides that, after a defendant makes a demand for disclosure of the government's experts, the defendant, upon a request of the government, has a responsibility to disclose to the government the experts that the defendant

intends to call. The government made such a request in its response to the defendant's original motion concerning the disclosure of expert witnesses.

      4. Therefore, the government prays that if the Court is going to order the government to disclose its experts by June 21, 2006, that the Court order the defendant to disclose its experts by July 21, 2006.


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Tom Schanzle-Haskins
      Claire A. Manning
      Brown, Hay & Stephens
      205 South Fifth Street, Suite 700
      Springfield, IL 62705-2459

      Charles J. Northrup
      Todd M. Turner
      Sorling, Northrup, Hanna, Cullen & Cochran
      Suite 800 Illinois Building
      607 East Adams Street
      Springfield, IL 62705

      Jon G. Noll
      Noll Law Office
      802 South Second Street
      Springfield, IL 62704

                                      s/ Patrick J. Chesley