**E-FILED**
Wednesday, 21 June, 2006  04:33:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 06-30002 |
| v. | ) | |
| | ) | |
| GERALD LIPPOLD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S DISCLOSURE OF EXPERTS

The United States of America by its attorneys Rodger A. Heaton, United States Attorney

for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney,

discloses the following expert witnesses, their qualifications and a summary of their expected

expert testimony:

1.     Paul Connelly
       Illinois Environmental Protection Agency (IEPA)
       Chemist
       Champaign, IL

Background:

Education: One and one-half years as a PhD candidate in Animal Sciences and
Environmental Sciences at the University of Illinois; a masters degree in biology from
the University of Illinois, 1993; an undergraduate degree in cinema and photography
from Southern Illinois University in 1986.

Employment: Since February 1, 1995, a chemist for the IEPA. In that position he has
received on the job training concerning scientific testing of samples. Since 1999 as part
of his employment, he has been trained on running and has run Inductively Coupled
Plasma (ICP) and Toxicity Characteristic Leachate Procedure (TCLP) tests.

Testimony: He received properly prepared and labeled samples for testing. The machines
used for testing are periodically checked to see if they are operating correctly and a

quality control analysis is done on a known sample as another check on their correct operation. He follows proper laboratory procedures before, during and after the ICP and TCLP tests are conducted.  These tests are recognized within the scientific community as a valid way to determine the elements present in a sample. He reviews the test results and determines whether the results are correct. The tests results in this case showed high levels of boron and vanadium. Based upon his experience, such results are consistent with the samples having come from an ash pond.

2.    Phil Fatka
      IEPA
      Lab Associate
      Springfield, IL

      Background:

      Education: Bachelor of Science degree in Environmental Studies with minors in chemistry and geology from Gustavus Adolphus College 2003.

      Employment: The IEPA Inorganic Laboratory in Champaign from April 2002 to June 2004; the IEPA Organic Laboratory in Springfield from April 2006 to the present; Nicollet County  Environmental Services, inspecting feedlots from September 2001 to December 2001; and the Dotson Company, Inc., collecting and analyzing iron and sand samples.

      Testimony: He prepared the samples that were tested by Paul Connelly in this case. He takes the samples and adjusts the pH, if need be.  The result is put in a digestion cell. Known samples of the chemicals to be tested for are obtained and used for comparison purposes.  Hydrochloric acid is added to the samples.  The samples are condensed and de-ionized water is added.  The samples are allowed to settle for a period of time and then are ready for testing by the chemist.

3.    John R. Davis
      City Water Light and Power (CWLP)
      Plant Manager
      Springfield, IL

      Background:

      Education: Electrical Engineering degree from Marquette University in 1987.

      Employment: He has worked for CWLP since 1987.  He was in the engineering maintenance department from 1987 to approximately 1990 when he became a shift supervisor in operations. He held that position until 1998 when he became the operations superintendent. In 2004 he became the plant manager.

Testimony: CWLP burns coal as part of its process to produce electricity. The burning of the coal produces bottom ash and fly ash which are transported to CWLP property located on the North side of Lake Springfield.  Curry trucking is one of the haulers who has removed the ash from that site. Based upon his work experience he knows that coal and bottom and fly ash contain boron and that such boron enters the ponds at the site where the ash is stored causing elevated levels of boron.

4.      Douglas L. Dorsey
        Hanson Professional Services, Inc.,
        Environmental Engineer
        Springfield, IL

        Background:

        Education: a Bachelor of Science degree in Chemistry from Illinois College. Other instances of continuing education are listed on his resume, which will be provided.

        Employment: He has worked as an environmental consultant since 1989.  His work experience is detailed on his resume, which will be provided.

        Testimony: The need for a National Pollutant Discharge Elimination System permit, a variance or other relief in order to discharge the contaminated water from the pit on Curry's property.  The existence of a pollutant in the contaminated water. An estimate of the volume of the contaminated water in the pit.

5.      Warren (Bud) Bridgewater, P.E.
        IEPA
        Manager
        Springfield, IL

        Background:

        Education: Bachelors of Science degree in Thermal and Environmental Engineering from Southern Illinois University in 1973. More than one year in a master program at Southern Illinois University in Thermal and Environmental Engineering.

        Employment: Environmental Elements Corp. (formerly Koppers Co.) November 1973 to November 1977 as a test and service engineer and later as a water treatment systems project engineer. As part of that employment he dealt with power plants and bottom and fly ash created from coal combustion. IEPA from November of 1977 to December of 1978 in the water permit section. Central Illinois Public Service Company from January 1979 to August 1979, as an environmental and air quality engineer. IEPA from August 1979 to July 1984 in the water permit section.  IEPA from July 1984 to April 2006 in the Division of Water Pollution Control Field Operations Section (DWPC/FOS) except for

– 3 –

the period from July 1999 to July 2000 when he was in the Division of Public Water Supplies Field Operation Section (DPWS/FOS). He was the manager of the Springfield Regional Office for the DWPC/FOS from July 1984 to July 1999 and from July 2000 to April 2006. He was the manager of the DPWS/FOS from July 1999 to July 2000. IEPA from April 2006 to the present as manager of the Emergency Operations Unit.

Testimony: The burning of coal produces bottom ash and fly ash. Coal and bottom and fly ash contain boron. The boron in the bottom and fly ash leachs out into water. Water that comes in contact with bottom and fly ash contains elevated levels of boron. As a result, discharges from ash ponds contain elevated levels of boron. The need for a National Pollutant Discharge Elimination System permit, a variance or other relief as afforded by the Illinois Pollution Control Board in order to discharge the contaminated water from the pit on Curry's property.  The existence of a pollutant in the contaminated water. An estimate of the volume of the contaminated water in the pit.

6.      On June 19, 2006, the Supreme Court decided the cases of *Papanos v. United States* and *Carabell v. United States.*  The holdings in these cases are relevant to determinations concerning what evidence is necessary to establish a waterway as a water of the United States. The government has not had sufficient time to analyze these cases and to consult with the environmental section of the Department of Justice to determine whether expert testimony will be need to prove whether a waterway is a water of the United States. Therefore, the government asks for leave to supplement this response should it be determined that such expert testimony is necessary.


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY



s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Schanzle-Haskins
Claire A. Manning
Brown, Hay & Stephens
205 South Fifth Street, Suite 700
Springfield, IL 62705-2459

Charles J. Northrup
Todd M. Turner
Sorling, Northrup, Hanna, Cullen & Cochran
Suite 800 Illinois Building
607 East Adams Street
Springfield, IL 62705

Jon G. Noll
Noll Law Office
802 South Second Street
Springfield, IL 62704

s/ Patrick J. Chesley