E-FILED
Monday, 28 August, 2006  04:34:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Criminal No. 06-30002 |
| v. ) | |
| ) | |
| GERALD LIPPOLD, et al., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S SUPPLEMENTAL DISCLOSURE FOR BRIDGEWATER**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, discloses the following supplemental information concerning the expert testimony of Warren (Bud) Bridgewater:

**Warren (Bud) Bridgewater**

Opinion:

5. As of April 2, 2003, he estimated that there was from slightly less than two million to slightly less than three million gallons of liquid in the excavation at the Curry site.

Bases and reasons:

5. Based upon his experience Mr. Bridgewater knows that there are 43,560 square feet in an acre and one cubic foot of liquid contains 7.48 gallons. He is familiar with the site as it existed in the Spring of 2003 having inspected it on December 19, 2002, January 8, 2003, February 21, 2003 and April 2, 2003. Based upon his observations of the site, the surface area of the liquid at the Curry site on April 2, 2003 was between two to three acres. On that date, Mr. Bridgewater and Rich Johnson took samples of liquid from the excavation and measured the depth of the liquid at fourteen different locations. The depth readings were 6', 8.5', 6', 4.5', 4'10", 5.25', 5.5', 4', 2.5', 3.5', 1.5', 6', 5', and 1.5'. The locations of such depth readings are identified in the attachments to Rich Johnson's memorandum of April 22, 2003 previously provided in discovery (Bates numbers 762 to 765). Conservatively, Mr. Bridgewater estimated the average depth of the liquid

at the site to be 3 feet.

Calculation for 2 acres of surface area:

(2 acres) X (43,560 sq. ft./acre) X (3 feet deep) = 261,360 cu. ft.

(261,360 cu. ft.) X (7.48 gallons/cu. ft.) = 1,954,973 gallons

Calculation for 3 acres of surface area:

(3 acres) X (43,560 sq. ft./acre) X (3 feet deep) = 392,040 cu. ft.

(392,040 cu. ft.) X (7.48 gallons/ cu. ft.) = 2,932,459 gallons

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Tom Schanzle-Haskins
      Claire A. Manning
      Brown, Hay & Stephens
      205 South Fifth Street, Suite 700
      Springfield, IL 62705-2459

      Charles J. Northrup
      Todd M. Turner
      Sorling, Northrup, Hanna, Cullen & Cochran
      Suite 800 Illinois Building
      607 East Adams Street
      Springfield, IL 62705

      Jon G. Noll
      Noll Law Office
      802 South Second Street
      Springfield, IL 62704

                                  s/ Patrick J. Chesley