AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>V.<br>GERALD LIPPOLD, CURRY READY MIX &<br>BUILDERS' SUPPLY CO., CURRY ICE &<br>COAL OF SPRINGFIELD, INC. AND<br>LIPPOLD & ARNETT, INC. | SUBPOENA IN A<br>CRIMINAL CASE<br><br>Case Number: 3:06-CR-30002-JES |

TO: Angela R. Drew


☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Courthouse<br>600 E. Monroe<br>Springfield, IL 62701 | Occupied by<br>Judge Scott |
| | DATE AND TIME<br>October 31, 2006 at 9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

YOU WILL PROBABLY NOT TESTIFY AT THE TIME SET FORTH ABOVE.

Please call the attorney below upon receipt of this Subpoena in order to determine when you should appear at the Courthouse.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>s/John M. Waters | DATE |
|---|---|
| (By) Deputy Clerk<br>S/ G. Utsinger | 8-30-06 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | |
| Tom Schanzle-Haskins<br>Brown, Hay & Stephens, LLC<br>205 S. Fifth Street, Suite 700<br>Springfield, IL 62705<br>(217) 544-8491 | s/Thomas Schanzle-Haskins |