E-FILED
Wednesday, 30 August, 2006  04:52:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) Criminal No. 06-30002 |
| v. | ) ) |
| GERALD LIPPOLD, et al., | ) ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE
SUPPLEMENTAL DISCLOSURES FOR BRIDGEWATER AND DORSEY**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, moves the Court to allow the government to file a supplemental disclosure for one of Warren (Bud) Bridgewater's five expert opinions on August 28, 2006, and a supplemental disclosure for all three of Doug L. Dorsey's expert opinions on August 30, 2006. In support of this motion the states the following:

1. On August 2, 2006, defendant Lippold filed a motion seeking: 1) supplemental disclosures concerning the government's expert witnesses disclosures of June 21, 2006; 2) the disclosure of any additional experts that the government would call as witnesses concerning the issues raised as a result of the Supreme Court's decision in *United States v. Rapanos*, 126 S.Ct. 2208 (2006); and 3) that such disclosures be made by August 18, 2006.

2. The government responded to that motion by agreeing to supplement the information

concerning the experts identified on June 21, 2006 and to disclose its expert witnesses for the *Rapanos* issues. The government indicated that it believed that it would be able to supply the supplemental information for the June 21, 2006 experts by August 25, 2006 and the *Rapanos* experts by September 15, 2006.

    3. On August 25, 2006 the government filed its supplemental disclosures for its June 21, 2006 experts with two exceptions. First, the government indicated that for one of Warren (Bud) Bridgewaters' five opinions he needed an additional business day (from Friday August 25, 2006 to Monday August 28, 2006) to verify his information. The government did file its Government's Supplemental Disclosure for Bridgewater concerning that opinion on August 28, 2006. Second, the government indicated that Douglas L. Dorsey was out of town for work and would not return until August 29, 2006.

    4. On August 29, 2006 the Court entered an order requiring the government to supplement its June 21, 2006 experts by August 25, 2006 and to disclose its *Rapanos* experts by September 15, 2006.

    5. On August 29, 2006 the government talked to Mr. Dorsey. Due to his need to address work issues after having been out of the office for more than a week, he was unable to address the supplemental disclosure of his information until the next day. The government spoke to Mr. Dorsey on August 30, 2006 and obtained the supplemental information that is contained in the Government's Supplemental Disclosure for Dorsey, which is attached to this motion.

    6. The government has discussed this motion with defense counsel for all parties and they have no objection to the Court granting this motion.

    Wherefore, the government moves this Court to allow it to file its Government's

Supplemental Disclosure for Bridgewater one opinion on August 28, 2006 and its Government's

Supplemental Disclosure for Dorsey on August 30, 2006.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Schanzle-Haskins
Claire A. Manning
Brown, Hay & Stephens
205 South Fifth Street, Suite 700
Springfield, IL 62705-2459

Charles J. Northrup
Todd M. Turner
Sorling, Northrup, Hanna, Cullen & Cochran
Suite 800 Illinois Building
607 East Adams Street
Springfield, IL 62705

Jon G. Noll
Noll Law Office
802 South Second Street
Springfield, IL 62704

                                            s/ Patrick J. Chesley

E-FILED
Wednesday, 30 August, 2006  04:54:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Criminal No. 06-30002 |
| v. ) | |
| ) | |
| GERALD LIPPOLD, et al., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S SUPPLEMENTAL DISCLOSURE FOR DORSEY**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, discloses the following supplemental information concerning the expert witnesses of Doug Dorsey previously disclosed on June 21, 2006:

**Douglas L. Dorsey**

Opinions:

1. The excavation at the Curry site contained approximately 2,000,000 gallons of liquid in the Spring of 2002.

2. The boron found in liquid in such excavation was a pollutant as that term is defined by the Clean Water Act.

3. In order to discharge the liquid containing the boron from the excavation at the Curry site to a water of the United States a NPDES permit was required.

Bases and reasons:

1. Mr. Dorsey's opinion is based upon his estimates of the surface area and the average depth of the liquid in the excavation at Curry site made from his observations while assisting Curry's attorneys in pursuing an NPDES permit and provisional variances from March of 2002 to August of 2002 and also working on a Storm Water Pollution Prevention Plan for Curry. He knows that

there are 43,560 square feet in an acre and a cubic foot of liquid contains 7.48 gallons. He does not have any paperwork that shows nor does he remember the exact numbers that he used for the surface area and the average depth of liquid in the excavation at the Curry site. He does know that he multiple the surface area he estimated in acres times (43,560 sq. ft./acre) times the average depth he estimated to arrive at the volume of the liquid in cubic feet. He then multiplied that number times (7.48 gallons/cu. ft.) and arrived at approximately 2,000,000 gallons.

2. Mr. Dorsey is familiar with the Clean Water Act as a result of working on numerous water projects as part of his employment as set forth in his resume. He is aware that the Clean Water Act defines pollutant to include, among other things, solid waste, incinerator residue, industrial waste and municipal waste. The bottom and fly ash at the Curry site were generated by the burning of coal by CWLP. As a result such ash and the boron contained in it constituted solid wastes, incinerator residues, industrial wastes and municipal wastes.

3. Mr. Dorsey has prepared numerous NPDES permits, as set forth in his resume. As a result of such work experience he is familiar with the NPDES program and its permitting process. He knows that since any discharge of the liquid from the excavation at the Curry site would contain boron, a pollutant, and that an NPDES permit would be required for a discharge to a water of the United States. From March of 2002 to August of 2002, Mr. Dorsey was involved in the preparation of an NPDES permit and provisional variance applications for the discharge of the liquid from the Curry site. A variance or some other relief from the Pollution Control Board was needed because the discharge of such liquid would contain levels of boron that exceeded the limit of 1,000 ug/l allowed by the Illinois Environmental Protection Agency.

Qualifications:

1., 2. & 3. previously provided.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Tom Schanzle-Haskins
      Claire A. Manning
      Brown, Hay & Stephens
      205 South Fifth Street, Suite 700
      Springfield, IL 62705-2459

      Charles J. Northrup
      Todd M. Turner
      Sorling, Northrup, Hanna, Cullen & Cochran
      Suite 800 Illinois Building
      607 East Adams Street
      Springfield, IL 62705

      Jon G. Noll
      Noll Law Office
      802 South Second Street
      Springfield, IL 62704

                              s/ Patrick J. Chesley