E-FILED
Friday, 08 September, 2006  04:24:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Criminal No. 06-30002 |
| v. ) | |
| ) | |
| GERALD LIPPOLD, et al., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S SUPPLEMENT TO ITS MOTION FOR CONTINUANCE**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, supplements it Motion to Continue as follows:

1. John Derrick, a material witness for the government, will be unavailable for trial on October 31, 2006.

2. Mr. Derrick has joined the Texas National Guard. His unit has been mobilized and deployed to the Middle East.

3. For approximately the last month, efforts have been made to obtain the approval of the military to allow Mr. Derrick to return to testify at the trial on October 31, 2006.

4. On September 8, 2006, Assistant United States Attorney Patrick J. Chesley was advised by Wayne Carlson of the Illinois National Guard that Mr. Derrick's National

Guard unit would oppose his return to testify because the unit is short-handed. Based upon the position of the unit, Mr. Carlson believed that it would very unlikely that the military would allow Mr. Derrick to return to testify at the trial in October 2006.

     5. Based upon his prior statements, it is anticipated that Mr. Derrick would testify that: Lippold was in charge of the activities at the pit; Lippold told him that the EPA said it was okay to drain the pit into the woods; Lippold told him to overflow tanker trucks into a drain that emptied into the woods; the water from the pit went into the creek; Lippold yelled at him and would throw a fit if the pumps draining the pit were not running at all times; and the pumps would run all night long.

     6. Much of the testimony from Mr. Derrick is not available from other witnesses. His testimony is vitally important to the government's case.

     7. According to the Nation Guard it is anticipated that Mr. Derrick's unit will return to the United States at the end of December 2006.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Tom Schanzle-Haskins
    Claire A. Manning
    Brown, Hay & Stephens
    205 South Fifth Street, Suite 700
    Springfield, IL 62705-2459

    Charles J. Northrup
    Todd M. Turner
    Sorling, Northrup, Hanna, Cullen & Cochran
    Suite 800 Illinois Building
    607 East Adams Street
    Springfield, IL 62705

    Jon G. Noll
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704

        s/ Patrick J. Chesley