E-FILED
Tuesday, 12 September, 2006  02:43:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 06-30002 |
| v. | ) | |
| | ) | |
| GERALD LIPPOLD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court makes the following findings concerning the government's motion to unseal grand jury material to allow it to be disclosed to defense counsel:

1. The government has submitted under seal Paragraph Seven of its Motion for Continuance, which reads as follows:

> 7. In order to revise the allegations concerning how the waters of the United States are charged in the indictment, it will be necessary for the government to return to the grand jury during the first week of October 2006 to seek a superseding indictment.

2. The Court finds that Paragraph Seven properly was submitted under seal because it contains grand jury material, namely, it discloses what will take place before the grand jury in October 2006.

3.  The government, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, seeks an order from the Court that would allow the unsealing and disclosure of Paragraph Seven of its Motion to Continue. That Rule permits the disclosure of grand jury material when it is being made "preliminarily to or in connection with a judicial proceeding."

4. The Court finds that the requirements of Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure have been met. The indictment in the present case constitutes a judicial proceeding. The government's reasons for seeking a continuance are preliminarily related to and in connection with that judicial proceeding.

IT IS THEREFORE ORDERED, that the government's motion to unseal Paragraph Seven of its Motion to Continue is granted and that a copy of this Order containing that paragraph be provided to defense counsel in this case.

ENTERED this 12th day of September, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE