IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Criminal No. 06-30002 |
| v. | ) |
| | ) |
| GERALD LIPPOLD, et al., | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S DISCLOSURE OF EXPERT WITNESS CARNEY**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, discloses the following information concerning expert witness Douglas A. Carney:

The opinions and bases and reasons for such opinions are contained in the report, which is attached as attachment one.

The witness' qualifications are attached as attachments two and three.


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Schanzle-Haskins
Claire A. Manning
Brown, Hay & Stephens
205 South Fifth Street, Suite 700
Springfield, IL 62705-2459

Charles J. Northrup
Todd M. Turner
Sorling, Northrup, Hanna, Cullen & Cochran
Suite 800 Illinois Building
607 East Adams Street
Springfield, IL 62705

Jon G. Noll
Noll Law Office
802 South Second Street
Springfield, IL 62704

                                                s/ Patrick J. Chesley

to:     Steve Pallo, Region IV Fisheries Administrator and  Programs Section Head

from:   Doug Carney, Regional Streams Biologist

date:   October 31, 2006

subject: Fish survey of an unnamed Sangamon River tributary system in the vicinity of the Curry Ice and Coal facility on North Dirksen Parkway, Springfield, Illinois.


On September 18, 2006 Kris Vezner, U.S. Environmental Protections Agency (USEPA) legal staff, contacted me regarding a water pollution case against Curry Ice and Coal in Springfield.  Mr. Vezner requested fisheries information relating to whether there was a biological link between an unnamed stream near the Curry facility and the Sangamon River, the receiving stream of that tributary system.  In addition, I was specifically asked to evaluate the presence and relative permanence of fish species in the tributaries.  At the request of Mr. Vezner and the Assistant United States Attorney, Patrick Chesley, I agreed to sample the tributary streams for fishes. Those samples were taken with a ¼ inch mesh minnow seine on Thursday, October 5 at locations previously selected for aquatic macroinvertebrate sampling by Bill Ettinger, Illinois Environmental Protection Agency (Figure 1).  Of the six aquatic macroinvertebrate sample locations, only five were sampled for fish because Site #1 was dry. Representatives of every species from each site were preserved for verification in the laboratory. Mr. Ettinger and Chris Pullos (USEPA) assisted with fish sampling and Mr. Chesley and agent Ben O'Neil were present at all but Site #1.

The confluence of the unnamed tributary is at approximately river mile 77.6 of the Sangamon River, about 0.5 river miles upstream of the Business Highway 55 Bridge on the north side of Springfield.  The tributary has two branches that join approximately 500 feet downstream (north) of the Dirksen Parkway Bridge and the resulting main tributary flows north about 0.75 miles to the Sangamon River (Figure 1).  The US Geological Survey 7.5 minute topographic map depicts the entire tributary stream system as intermittent, and shows an impounded section in the upper reaches of each branch.

At the time of my sample on October 5 stream flow was slight, and small pools were the primary aquatic habitat available to fishes.  Every sample location that held water contained fish life.  The creek chub (*Semotilus atromaculatus*) was collected at each site (Sites 2-6).  Another minnow species, the bigmouth shiner (*Notropis dorsalis*) was found in the main branch (Site 3).  Sunfishes were collected only in the west branch (Site 2) and were comprised of largemouth bass (*Micropterus salmoides*), green sunfish (*Lepomis cyanellus*) and bluegill (*Lepomis macrochirus*).

The creek chub and bigmouth shiner commonly inhabit headwaters, creeks and small rivers (Page and Burr 1991).  The bigmouth shiner may also occur in medium-sized rivers (Page and Burr 1991).  The Illinois Natural

History Survey (INHS) Fish Collection contains creek chub specimens from ten Sangamon River tributaries in Sangamon County, six tributaries in Macon County and three tributaries in Menard County. Although the creek chub is only occasionally found in larger rivers (Smith 1979), the INHS Fish Collection contains specimens from the Sangamon River proper in Menard and Macon counties. The bigmouth shiner is recorded in the INHS Fish Collection from three Sangamon River tributaries in Sangamon County, two tributaries in Macon County, one Menard County tributary and from the Sangamon River mainstem in Sangamon and Menard counties. It is likely that the creek chub and bigmouth shiner populations in the unnamed tributary originated from the Sangamon River.

The sunfish species collected from the west branch (Site 2) may occur in a variety of habitat types, from lakes, ponds and small to large streams (Page and Burr 1991). The green sunfish, bluegill and largemouth bass are all statewide and common to abundant in Illinois waters (Smith 1979). The bluegill and largemouth bass are regularly stocked in ponds and lakes so the individuals collected here may have originated from a stocked pond in the watershed. The green sunfish is not typically stocked, but often is found in ponds either because it persisted from the stream that was dammed, moved into the pond from connected waters or was introduced by anglers.

Fishes are known to migrate from the sea or from lakes into streams, or from larger rivers into backwaters or small tributary streams for the purpose of reproduction (Hynes 1970). Trout and other groups of freshwater fishes, including minnow species, move upstream, often into very small streams, to spawn (Hynes 1970). Hynes (1970) attributed the upstream movements of fishes to breed, often initiated by rising water, as an important factor in the recolonization of intermittent streams. One study documented fish migration in small streams and monitored the movements of 27 fish species including creek chub, green sunfish and bluegill (Hall 1972). Most of those species had a consistent pattern of larger fish moving upstream and smaller fish moving downstream, particularly in the spring of the year. Those species included the sunfishes and one *Notropis* shiner species. The other *Notropis* species had greater upstream movements for all measured sizes, but the creek chub showed no particular movement pattern (Hall 1972). Most freshwater fish species spawn in the spring or early summer months, as reported in Illinois by Smith (1979). Upstream movements by adults are typically for reproduction, while downstream movements are typically their progeny.

Fish movements throughout stream systems also occur for reasons other than reproduction. What appear to be random movements of fish may be initiated by population pressures or unsuitable habitats, and serve to repopulate newly available habitats (Hynes 1970). Studies in Illinois have shown that fish species can quickly recolonize streams that have been naturally (Larimore et al. 1959) or experimentally (Peterson and Bayley 1993) depopulated. When water returns to the stream system fishes may move into those newly available habitats from refugia anywhere within the drainage system (Magoulik & Kobza 2003). The intermittent streams described here should be a conduit for fish movements to and from the Sangamon River whenever a hydrological connection is present. Migration is common among freshwater fishes and very important for maintaining their populations in the variable stream environment.

Variable flow regimes in streams due to flooding and drought make those habitats difficult for fish (Hynes 1970). Floods can displace fish and destroy small fish and eggs. Lack of water in streams, leaving only isolated pools or no water at all may reduce numbers and species or eliminate fishes from the stream altogether. Reduction of flows to stagnant pools exposes fish to high water temperatures and low dissolved oxygen levels. Most stream fishes cannot survive such conditions. Exceptions include species of minnows and sunfishes, such as the creek chub, bigmouth shiner and bluegill (Hynes 1970). The green sunfish is also very ecologically tolerant (Smith 1979) and may be able to survive for extended periods in isolated pools. For intermittent streams a dry channel may not be considered a disturbance if it dries on a typical cycle (Magoulik and Kobza

2003). Fishes that occupy intermittent streams may have behavioral (e.g., migration) and/or physiological (e.g., tolerance of anoxia) adaptations to persevere under those circumstances.

It is likely that the subject tributaries are utilized by more fish species and in higher numbers in high water periods, particularly in the spring. As water levels decrease many of those fishes either escape to the Sangamon River or perish due to high temperature, low dissolved conditions, or predation. Those that can tolerate such harsh conditions, like the creek chub, may remain in the stream until the pools dry or freeze. It is likely that the creek chub, bigmouth shiner and green sunfish originated from the Sangamon River. It is possible that the largemouth bass and bluegill populations are of river stock, or they may have escaped from a stocked pond in the watershed. Nonetheless, fish populations of the unnamed tributaries examined here are biologically linked to fish life in the Sangamon River.

cc:     Bill Ettinger, IL Environmental Protection Agency
        Kris Vezner, U.S. Environmental Protection Agency
        Patrick Chesley, U.S. Department of Justice

Literature cited

Hall, C.A.S. 1972. Migration and metabolism in a temperate stream system. Ecology 53:585-604.

Hynes, H.B.N. 1970. Ecology of running waters. University of Toronto Press. 555p.

Larimore, R.W., W.F. Childers, and C. Heckrotte. 1959. Destruction and re-establishment of stream fish and invertebrates affected by drought. Transactions of the American Fisheries Society 88:261-285.

Magoulick, D.D. and R.M. Kobza.  2003.  The role of refugia for fishes during drought: a review and synthesis.  Freshwater Biology 48:1186-1198.

Page, L.M. and B.M. Burr.  1991.  A field guide to North American freshwater fishes.  Houghton Mifflin Company, Boston, MA. xii+432p.

Peterson, J.T. and P.B. Bayley.  1993.  Colonization rates of fishes in experimentally defaunated warmwater streams.  Transactions of the American Fisheries Society 122:199-207.

Smith, P.W.  1979.  The fishes of Illinois.  University of Illinois Press, Urbana.  xxix+314p.

**DOUGLAS A. CARNEY**
8450 Montclaire Avenue, Brighton, Illinois 62012                    (618) 466-3451


**PROFESSIONAL EXPERIENCE**

**Advanced Specialist**    Illinois Department of Natural Resources, Division of Fisheries,
                           Brighton, IL - 1995 to present.

Serve as regional streams biologist for 25 Illinois counties. Lead stream fisheries surveys for ecological assessment of rivers and their watersheds, and for assessment of fishing regulations. Provide technical assistance and leadership for watershed management planning and stream habitat improvement efforts, including including involvement with local, state and federal programs. Conduct outreach programs to educate student and professional groups about stream ecology and management.

**Resource Planner**       Illinois Department of Natural Resources, Impact Analysis Division,
                           Springfield, IL - 1986 to 1995.

Reviewed coal mining permit applications for environmental regulations compliance with regards to existing natural resource values and post-mining land reclamation. Assessed ecological conditions in streams via fish, aquatic macroinvertebrate and water quality monitoring. Reported effects of surface mining on stream ecology in writing and with presentations at scientific meetings.

**Research Biologist**     Illinois Natural History Survey, Center for Biogeographic Information,
                           Champaign, IL - 1985 to 1986.

Compiled distributional, ecological and taxonomic data on fishes and aquatic macroinvertebrates for a geographic information systems database. Sampled Illinois aquatic and terrestrial faunas for environmental assessment of highway construction projects. Collected North and South American freshwater fishes and mussels for systematics and distributional research.

**Biological Technician**  U.S. Fish and Wildlife Service, Colorado River Fisheries Project,
                           Vernal, UT - 1984.

Collected life history data on the federally endangered Colorado pikeminnow using radiotelemetry and capture methods while rafting throughout the Green River Drainage, Utah and Colorado.

**Graduate Assistant**     Southern Illinois University, Department of Zoology,
                           Carbondale, IL - 1982 to 1984.

Instructed laboratory and field segments of introductory zoology, invertebrate biology and fish management courses. Assisted with fish management research at Rend Lake, Illinois.

**Work-Study Biologist**   U.S. Fish and Wildlife Service, Ecological Services,
                           Marion, IL - 1981 to 1982.

Compiled biological literature and data regarding environmental effects of barge navigation activities on aquatic and terrestrial fauna of the Mississippi River.

**Biochemist**    Sigma Chemical Company, Microbiology Department,
                  St. Louis, MO - 1979 to 1981.

Extracted and purified enzymes and other proteins from bacteria. Researched protein extraction procedures to develop products useful for biochemical research.

Douglas A. Carney
Page 2

**EDUCATION**

    Master of Arts, Southern Illinois University, Carbondale, IL - 1985
        Major: Zoology  Specialization: Ichthyology / Aquatic Biology
        Thesis: Morphology and Reproductive Biology of Two Species of Darters of the Subgenus *Nanostoma* (Percidae:*Etheostoma*) in Western Kentucky.

    Bachelor of Science, Illinois State University, Normal, IL - 1977
        Major: Biological Sciences  Minor: Chemistry.

**PUBLICATIONS**

    Carney, D.A., L.M. Page and T.M. Keevin.  1992.  Fishes of the Tippecanoe River, Indiana: an outstanding midwestern stream.  Proceedings of the Indiana Academy of Science 101:201-219.

    Carney, D.A. and L.M. Page.  1990.  Meristic characteristics and zoogeography of the genus *Ptychocheilus* (Teleostei: Cyprinidae).  Copeia 1990:171-181.

    Carney, D.A. and B.M. Burr.  1989.  Life histories of the bandfin darter (*Etheostoma zonistium*) and the firebelly darter (*Etheostoma pyrrhogaster*) in western Kentucky.  Illinois Natural History Survey Biological Notes No. 134.  16 p.

    Burr, B.M. and D.A. Carney.  1984.  The blacktail redhorse, *Moxostoma poecilurum* (Catostomidae) in Kentucky, with other additions to the state ichthyofauna.  Transactions of the Kentucky Academy of Science. 45:73-74.

**PROFESSIONAL ORGANIZATIONS**

    American Fisheries Society - North Central Division Rivers and Streams Technical Committee

    Illinois Chapter American Fisheries Society

Douglas A. Carney

REPORTS, PUBLICATIONS, PRESENTATIONS, WORKSHOPS

Reports

Carney, D.A. 13 June 2005.  Mississippi South Central Basin survey, 2005: data summary.  Illinois Department of Natural Resources, Division of Fisheries Report.  6p.

Carney, D.A. 13 June 2005.  Mississippi Central Basin fish community survey, 2004.  Illinois Department of Natural Resources, Division of Fisheries Report.  16p.

Carney, D.A.  28 March 2005.  Catfish survey of the Lower Sangamon River, 2003.  Illinois Department of Natural Resources, Division of Fisheries Report.  10 p.

Carney, D.A.  6 August 2004.  Assessment of stream remediation on the aquatic habitat and fish community of Cox Creek, Cass County, Illinois. Illinois Department of Natural Resources, Division of Fisheries Report.  21 p.

Carney, D.A.  30 July 2004.  Lower Sangamon basin survey,2003: data summary. Illinois Department of Natural Resources, Division of Fisheries Report.  5 p.

Carney, D.A.  30 June 2003.  LaMoine River basin fish community survey,2002. Illinois Department of Natural Resources, Region IV, Office of Resource Conservation Report.  15 p.

Carney, D.A.  25 June 2002.  Kishwaukee River basin survey, 2001: data summary. Illinois Department of Natural Resources, Region I Streams Report.  7 p.

Carney, D.A.  25 June 2002.  Middle Illinois basin survey, 2001: data summary. Illinois Department of Natural Resources, Region I Streams Report.  4 p.

Carney, D.A.  25 June 2002.  Spoon River basin survey, 2000: data summary. Illinois Department of Natural Resources, Region I Streams Report.  7 p.

Carney, D.A. and R. Sauer.  26 June 2002.  Lower Illinois basin survey, 2001: data summary. Illinois Department of Natural Resources, Region IV Streams Report.  5 p.

Carney, D.A.  5 July 2001.  Mackinaw River basin survey,2000: data summary. Illinois Department of Natural Resources, Regions I and III Streams Report.  8 p.

1

Carney, D.A.  5 July 2001.  Mississippi North and North Central basin surveys,1999 and 2000: data summary. Illinois Department of Natural Resources, Region I Streams Report. 8 p.

Carney, D.A.  5 July 2001.  Middle and Upper Illinois basin surveys,1997 and 1999: data summary. Illinois Department of Natural Resources, Region I Streams Report.  5 p.

Carney, D.A.  20 March 2001.  Preliminary assessment: Region I smallmouth bass special management zones.  Illinois Department of Natural Resources, Region I Streams Report. 12 p.

Carney, D.A.  29 June 2000.  Rock River Drainage data summaries: Kishwaukee River Basin 1997, Rock River Basin 1998, Pecatonica River Basin 1998, Green River Basin 1999. Illinois Department of Natural Resources, Region I Streams Report.  11 p.

Carney, D.A.  29 June 1999.  Region I monitoring of the Mackinaw, Spoon and Sangamon rivers, 1995-1998.  Illinois Department of Natural Resources, Division of Fisheries Report.  7 p.

Carney, D.A.  28 June 1999.  LaMoine River Basin fish community survey 1998, with assessment of selected sport fisheries. Illinois Department of Natural Resources, Division of Fisheries Report.  10 p.

Carney, D.A.  18 June 1998.  Sangamon River Basin fish community surveys 1996-1997, with assessment of selected sport fisheries.  Illinois Department of Natural Resources, Division of Fisheries Report.  12 p.

Carney, D.A.  25 June 1997.  Spoon River Basin fish community survey 1995, with assessment of selected sport fisheries. Illinois Department of Natural Resources, Division of Fisheries Report.  13 p.

Carney, D.A.  31 March 1993.  Pre-mining forest inventory and stream survey: Industry Mine, McDonough and Schuyler counties, Illinois.  Illinois Department of Conservation Technical Report.  15 p. + Appendix.

Carney, D.A. and M.A. Morin.  25 October 1991.  Fish, wildlife, and floristic information: Jader Mine Number 4, Saline County, Illinois.  Illinois Department of Conservation Technical Report.  11 p. + Appendix.

Carney, D.A. and M.A. Morin.  26 July 1991.  Vegetation survey and fish and wildlife information: Cedar Creek Mine, Brown and Schuyler counties, Illinois.  Illinois Department of Conservation Technical Report.  15 p. + Appendix.

Carney, D.A.  3 December 1990.  Assessment of the fish fauna of the Galum Creek drainage, Perry County, Illinois.  Illinois Department of Conservation Technical Report.  21 p.

Carney, D.A.  19 January 1990.  Pre-mining aquatic survey of the Crabapple Creek drainage, Edgar County, Illinois.  Illinois Department of Conservation Technical Report.  12 p.

Wetzel, M.J., K.S. Cummings, D.A. Carney and P.A. Ceas.  1987.  Survey of Embarras River mussels and fishes at the FAS/BRS 705 (Illinois Route 49) bridge north of Ste. Marie, Jasper County, Illinois.  Illinois Natural History Survey Technical Report.  21 p.

Keevin, T.M., L.M. Page and D.A. Carney.  1985.  Status and critical habitat of several rare darters in Indiana.  Illinois Natural History Survey Technical Report.  23 p.

Carney, D.A.  May 1985.  Comparative morphology and reproductive biology of two species of darters of the subgenus Nanostoma (Percidae:Etheostoma) in western Kentucky.  Master's Thesis, Southern Illinois University, Carbondale, Illinois.  55 p.


Publications

Carney, D.A., L.M. Page and T.M. Keevin.  1992.  Fishes of the Tippecanoe River, Indiana: an outstanding midwestern stream.  Proc. Indiana Acad. Sci. 101:201-219.

Carney, D.A. and L.M. Page.  1990.  Meristic characteristics and zoogeography of the genus Ptychocheilus (Teleostei: Cyprinidae).  Copeia 1990:171-181.

Carney, D.A. and B.M. Burr.  1989.  Life histories of the bandfin darter (Etheostoma zonistium) and the firebelly darter (Etheostoma pyrrhogaster) in western Kentucky.  Ill. Nat. Hist. Surv. Biol. Notes No. 134.  16 p.

Burr, B.M. and D.A. Carney.  1984.  The blacktail redhorse, Moxostoma poecilurum (Catostomidae) in Kentucky, with other additions to the State ichthyofauna.  Trans. Ky. Acad. Sci. 45:73-74.


Poster

D.M. Day, H.R. Dodd, D.A. Carney, A.M. Holtrop, M.R. Whiles, B. White, D. Roseboom, W. Kinney, L.L.Keefer, and J. Beardsley.  May 2005.  Constructed Pools-and-Riffles: Application and Assessment in Illinois.  North American Benthological Society Annual Meeting.  New Orleans, LA.

3

Presentations

Carney, D.A.  1999.  Alternative practices for streambank stabilization.  Presentation in Macon Co. Soil and Water Conservation's Streambank Stabilization Program.

Carney, D.A.  1998&1999.  Fish and Wildlife considerations for streambank stabilization. Presentations to USDA Natural Resource Conservation Service staff as part of streams training course.

Carney D.A.  1996-1999.  Sangamon River Ecology.  Annual presentations to Ursuline Academy class.

Carney, D.A.  1995.  Mackinaw River Ecology. A series of presentations to stakeholders and participants in the Mackinaw River watershed in conjunction with The Nature Conservancy Mackinaw River Project.

Day, D., R. Sauer, B. Bertrand, B. Ettinger, B. Hite, J. Lesnak and D. Carney.  9 April 1994.  The good, the bad and the ugly: three watersheds in Illinois and factors affecting their fish communities.  31st Annual Meeting, Illinois Chapter of the American Fisheries Society.  Marion, Illinois.

Carney, D.A.  6 April 1992.  Stream fish communities of a surface coal mined watershed.  Meeting of the Rivers and Streams Technical Committee, North-Central Division, American Fisheries Society.  Rock Island, Illinois.

Carney, D.A.  6 March 1991.  Fishes of the Galum Creek drainage: a stream system subject to surface mining.  29th Annual Meeting, Illinois Chapter of the American Fisheries Society, Urbana, Illinois.

Carney, D.A.  12 May 1985.  Comparative morphology and reproductive biology of two species of darters of the subgenus Nanostoma (Percidae:Etheostoma) in western Kentucky.  Public Seminar, Southern Illinois University, Carbondale, Illinois.


Workshops Attended

13 December 2005.  Hazardous Materials Awareness Training.  Mr. Patrick Giardano.  Illinois Emergency Management Agency/Illinois Dept. Natural Resources.  Alton, Illinois.

9 April 2003.  Statistics and Data Analysis in Fisheries.  Dr. John Reeve and Dr. Jim Garvey. Illinois Chapter AFS Continuing Education. IDNR Headquarters, Springfield, Illinois.

29 - 31 August 2001.  Identification, Management, and Restoration of Aquatic Macrophytes in Illinois.  Dr. John Ebinger.  Illinois Chapter AFS Continuing Education.  Allerton Park, Monticello, Illinois.

16 - 19 October 2000.  Fluvial Geomorphology Workshop.  Mr. Lyle Steffen and Mr. Don Roseboom.  Illinois Department of Natural Resources sponsored.  Holiday Inn Express, Lincoln, Illinois.

4 - 6 May 1999.  Stream Assessment Protocol for Ontario.  Mr. Les Stanfield.  Illinois Department of Natural Resources sponsored.  Carl Sandburg College, Galesburg, Illinois.

11 - 12 May 1998.  Stream Analysis and Remediation Workshop.  Dr. Robert Newbury and Dr. Chester Watson.  Illinois Department of Natural Resources sponsored.  Ramada Limited South, Springfield, Illinois.

14 - 16 October 1997.  EPA/WES Streambank Stabilization Workshop.  Dr. David Biedenharn and Mr. David Derrick.  USDA Natural Resources Conservation Service sponsored.  Lewis and Clark Community College, Godfrey, Illinois.

28 February - 1 March 1995.  Paradox 4.5 for DOS, Level I and II.  Ms. Loretta Bonner,  Illinois Department of Conservation Computer Training Center.  Springfield, Illinois.

28 - 29 November 1994.  Quattro Pro for Windows, Level I and II.  Ms. Loretta Bonner,  Illinois Department of Conservation Computer Training Center.  Springfield, Illinois.

27 October 1994.  cc:Mail for Windows.  Ms. Loretta Bonner, Illinois Department of Conservation Computer Training Center.  Springfield, Illinois.

18 February 1994.  Windows 3.1 (Level II).  Mr. Karlyn Klopmeier, Lincoln Land Community College.  Illinois Department of Central Management Services Data Processing Training Center.  Springfield, Illinois.

30 March 1993.  Intermediate DOS.  Mr. Gary Starr, Illinois Department of Conservation Computer Training Center.  Springfield, Illinois.

6 - 8 January 1993.  Computer Applications of Multivariate Statistics for Fisheries Biology.  Dr. Paul Hinz, Iowa State University.  Illinois Chapter of the American Fisheries Society, Charleston, Illinois.

18 November 1992.  Introduction to Lotus 1-2-3.  Mr. Gary Starr, Illinois Department of Conservation Computer Training Center.  Springfield, Illinois.

29 October 1992.  Introduction to DOS.  Mr. Gary Starr, Illinois Department of Conservation Computer Training Center.  Springfield, Illinois.

7 October 1992.  Introduction to Microcomputers.  Mr. Gary Starr, Illinois Department of Conservation Computer Training Center.  Springfield, Illinois.

7 - 10 April 1992.  Fluvial Process in Stream Habitat Management.  Dr. Marie Morisawa and Mr. Steve Gough.  North-Central Division, American Fisheries Society.  Rock Island, Illinois.

23 - 24 May 1988.  Wetland Plant Identification Workshop.  Dr. Robert H. Mohlenbrock, Southern Illinois University at Carbondale.  Springfield, Illinois.

22 - 24 March 1988.  Warmwater Stream Restoration Workshop.  North Central Division, American Fisheries Society.  Galesburg, Illinois.

8 December 1986.  Constructing Wetlands for Treatment of Mine Water.  Office of Continuing Education and Extension, College of Engineering, University of Kentucky, Lexington, Kentucky.