**E-FILED**
Tuesday, 31 October, 2006  03:43:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 06-30002 |
| v. | ) | |
| | ) | |
| GERALD LIPPOLD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S DISCLOSURE OF EXPERT WITNESS STOKELY**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney

for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney,

discloses the following information concerning expert witness Peter M. Stokely:

The opinions and bases and reasons for such opinions are contained in the report, which
is attached as attachment one.

The witness' qualifications are attached as attachment two.


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Schanzle-Haskins
Claire A. Manning
Brown, Hay & Stephens
205 South Fifth Street, Suite 700
Springfield, IL 62705-2459

Charles J. Northrup
Todd M. Turner
Sorling, Northrup, Hanna, Cullen & Cochran
Suite 800 Illinois Building
607 East Adams Street
Springfield, IL 62705

Jon G. Noll
Noll Law Office
802 South Second Street
Springfield, IL 62704


s/ Patrick J. Chesley

**E-FILED**
Tuesday, 31 October, 2006  03:44:12 PM
Clerk, U.S. District Court, ILCD

## REPORT OF PETER STOKELY

1.      My name is Peter Stokely and I make this Statement in support of the Clean Water Act

(CWA) investigation of Curry Ice and Coal of Springfield located in Sangamon County,

Illinois.

2.      **Educational Background**.  I have a B.S. in Forest Resource Management, which I

obtained from West Virginia University in1980.  Supportive curriculum includes remote

sensing, computer science, geography, hydrology, surveying and mapping.  A copy of

my curriculum vitae is attached to this Statement.

3.      **Experience and Professional Activities**.  I am an Environmental Scientist working for

the Environmental Protection Agency (EPA). I have focused on the fields of aerial

photography interpretation and Clean Water Act (CWA) regulation for over 20 years.  I

am presently on a detail (August-December 2006) to the United States Environmental

Protection Agency, Office of Enforcement and Compliance Assistance (OECA) in

Washington, DC.   The focus of my detail is providing technical expertise and training to

EPA Regions in response to issues raised by  the Supreme Court's decision in the

consolidated cases <u>Rapanos v. United States</u> and <u>Carabell v. United States</u> on jurisdiction

over waters of the United States under the Clean Water Act, 33 U.S.C. § 1251 <u>et</u> <u>seq</u>.

When not on detail I work for EPA Region 3 in Philadelphia, PA.  I have been employed

by EPA Region 3 since 1988 and am designated as the Regional Expert in Aerial

Photography Interpretation.  My duties at EPA Region 3  include identification and

mapping of Waters of the United States  in support of Clean Water Act (CWA), 33

U.S.C. " 1251 <u>et</u> <u>seq</u>., programs, including, but not limited to, enforcement cases,  Section

404 permit review and Environmental Impact Statement (EIS) review.   I help plan and

implement CWA enforcement investigations using aerial photography interpretation and

GIS; I provide training in aerial photography interpretation, mapping and wetland

delineation to state and federal employees.  Other responsibilities include providing

expert witness testimony in both criminal and civil litigation of CWA enforcement cases

(since 1986).  I have been qualified to testify as an expert in Federal Court and EPA

Administrative proceedings on well over a dozen separate occasions. I am the member of

Interagency Review Team that reviews and approves wetland and stream mitigation

projects in Virginia and I am the EPA representative on a team developing a unified

stream quality assessment methodology in Virginia. Prior to 1988, I was employed by

The Bionetics Corporation, (1980-1988) as aerial photography interpreter supporting

EPA's remote sensing contract at the Environmental Photographic Interpretation Center

(EPA/EPIC).

4.     **Awards**: I have been awarded the Bronze Medal for efforts associated with the "Testing

of the Proposed 1991 Revisions to the Federal Manual for Identifying and Delineating

Jurisdictional Wetlands" for "Successful Prosecution of Violations of the Clean Water

Act " (April 1996), for  "Outstanding Scientific Analysis Supporting Continued

Regulation of the Uppermost Reaches of our Nation's Waters" (April 2004), for "Aquatic

Resource Protection using Aerial Photography Interpretation and GIS Analysis" (May

2006), and for "Outstanding Team Effort in the Conviction of Three Individuals and Two

Corporate Defendants in the Largest Wetland's Criminal Enforcement Case in United

States History" (July 2006). See my curriculum vitae attached hereto.

5.     **My Role in Curry Trucking:** I was contacted by the Department of Justice in August of

2006 to investigate, using aerial photography and GIS, the Curry Trucking Site (from

hereon called the Site) in Sangamon County, Illinois.  Specifically, I examined historical

and current aerial photographs and collateral information (set forth below) covering the

Site and its environs to aid in determining whether Federally jurisdictional streams

(Waters of the United States) were present on or adjacent to the Site.  In addition, I was

asked to evaluate the following factors derived from the Kennedy and Scalia opinions in

*Rapanos v. United States*, 126 S.Ct. 2208 (2006):

(1) the tributaries' flow
(2) the tributaries' hydrologic connection to the Sangamon River
(3) proximity of discharge points to the Sangamon River
(4) size of the tributaries' watershed
(5) dimensions of the tributaries' channel
(6) the elevation change, or gradient of the tributary

**Sources of Data**:
Illinois Department of Transportation; Aerial Photography
Date
8/24/68
9/17/79
3/21/88
4/2/95
4/12/98
3/31/05

Illinois Natural Resources Geo-Spatial Data Clearinghouse
3/31/05 Digital Ortho Quad
USGS Springfield East Quadrangle

Sangamon County, Illinois:  Digital Aerial Photography
Date
1991
1998
2001
2003 (April)

United States Geological Survey (USGS) National Hydrography Data (NHD)
http://nhdgeo.usgs.gov/viewer.htm

United States Department of Agriculture, Natural Resource Conservation Service (NRCS): Soil
Survey of Sangamon County, IL, May 1980

Ground Level Photographs
7/20/06 Inspection
6/23/05 Inspection


6.    **Methodology:** In reaching my conclusions, set forth below, I examined the aerial

photography covering the period 1968 through 2005.   The analysis of the digital aerial

photography was performed under various magnifications using commercial Geographic

Information System (GIS) software. The analysis of the Illinois Department of

Transportation aerial photography was performed by studying photographic

enlargements.  The use of various magnification levels allows the interpreter to zoom in

on an area to observe small features in detail, as well as examine an area from a distance,

which reveals broader landscape patterns and hydrologic connections.  The examination

of historical aerial photography reveals persistent conditions or permanent features as

well as changes to features and conditions. Drainage patterns are observable in aerial

photography by their topographic expression, characteristic linear and curvilinear

patterns, dark photographic tones and riparian vegetation. In some cases, water is visible.

To verify my interpretation of the aerial photography I also compared the stream

signature seen on the aerial photography to the United States Geological Survey (USGS)

Springfield East topographic map, digital stream data (NHD), the Sangamon County Soil

Survey, and the ground photographs listed above. Using GIS, I overlaid the USGS stream

data on the aerial photography and compared it with the visible stream signature.

Examination of the USGS maps, soil surveys and digital stream data reveals topographic

features and stream courses and is used as supporting or collateral data in my aerial

photography analysis and conclusions.

7.    **Results:** After examination of the aerial photography and collateral data it is apparent

that two tributaries to the Sangamon River flow adjacent to the Site.  One tributary flows

north and is located west of the Site and the other flows west and is located south of the

Site. The tributaries join near the southwest corner of the Site. Both tributaries are

mapped by the USGS and both tributaries are persistent through time (mapped by the

USGS in 1964 and observed by me in every aerial photograph from 1968-2005). Both

tributaries are a well defined feature in each aerial photograph examined. Water was

observed in the tributaries on the 1988, 1991, 1995, 2001, 2003 and 2005 aerial

photography. Overhanging vegetation prevented reliable identification of water on the

other dates of aerial photography.   The tributaries are mapped as intermittent by the

USGS.  Mapping is not always a reliable way to determine if a stream is perennial or

intermittent. USGS mapping conventions state that if a stream cannot be positively

determined to be perennial it should be mapped as intermittent. The result of this is that

some streams mapped as intermittent are actually perennial. This conclusion is based on

personal field observations, discussions with colleagues and the results of the Fairfax

County, Virginia 2003 Perennial Stream Study, which quantified how the field

determination of perennial stream extent results in greater perennial stream length than

that determined by mapping methods.  The Soil Survey of Sangamon County also

mapped both tributaries as intermittent streams.  The western flowing tributary that flows

south of the Site is approximately 4 feet wide just before the confluence with the north

flowing tributary and has a drainage area of approximately 0.9 square mile.  The northern

flowing tributary has a drainage area of approximately 1 square mile and is

approximately 5-6 feet wide immediately below the confluence with the western flowing

tributary. Stream width was determined using the measurement tools in the GIS software.

Watershed areas were determined by interpreting the USGS Springfield East topography map and using the GIS software to outline and measure the area. Specifically, by interpreting the mapped elevation lines, I was able to trace the watershed boundary and determine the upper limits of the watershed contributing to the tributaries. I then measured the tributary bounding topography using the GIS software. After the confluence the merged tributaries flow northward passing the Site to the west. After passing the Site, the merged tributary turns west under a railroad track then proceeds northward in a clearly defined channel to the Sangamon River. It is approximately 10 feet wide where it passes under the railroad track. The distance from the confluence of the two tributaries near the southwest corner of the Site to Sangamon River is approximately 4600 feet (stream flow distance). The tributary is approximately 15 feet wide where meets the Sangamon River. The Sangamon River is approximately 250 feet wide where the northern flowing tributary enters the river. These measurements were from the higher resolution 2005 aerial photography and compared with the 2003 aerial photography. The stream dimensions are similar in 2003 and 2005. I also determined from the interpretation of the USGS topography map that the elevation drop from the Site to the Sangamon River is approximately 15 feet. The Sangamon River is a navigable river (from phone conversation with the U.S. Army Corps of Engineers in Rock Island).

8. **Conclusions**: Based on almost 26 years of experience in observing, mapping, and walking streams in the field, it is my opinion that streams, such as the tributaries in question, with such prominent and persistent drainage features observed on aerial photography and mapped by the USGS and NRCS have a traditional bed and bank and ordinary high water mark (OHWM) as defined and described by the 2005 Army Corps of

Engineers in Regulatory Guidance Letter 05-05. This conclusion is supported by the

review of review ground photographs that show indicators of bed and bank and OHWM.

These indicators included a clear, natural line impressed on the bank; shelving;

destruction of terrestrial vegetation; the presence of litter and debris; and sediment

deposits. In addition, based on my experience in observing, mapping and walking

streams in the field and from having reviewed ground photographs of the tributaries, it is

my opinion the tributaries seen on the aerial photography adjacent to the Site are formed

by water flowing continually, at least part of, every normal rainfall year. I did not

observe any obstructions such as dams or levies that would prevent water in these

tributaries from carrying any pollutants or sediments from the Site unobstructed to the

Sangamon River. It is my opinion, based on the Rapanos factors outlined above, that the

tributaries that are the subject of this report form a significant hydrological connection to

the Sangamon River. The results and conclusions outlined above clearly demonstrate

these tributaries are jurisdictional under the CWA.

**E-FILED**
Tuesday, 31 October, 2006  03:44:49 PM
Clerk, U.S. District Court, ILCD

Curriculum Vitae
**PETER M. STOKELY**

<u>Current Employment:</u>
**Environmental Protection Agency Region 3**
**12201 Sunrise Valley Drive, 555 National Center, Reston VA  20192.**

<u>Title</u>

**Environmental Scientist/Work Assignment Manager**

<u>Job Description</u>

**Clean Water Act (CWA) and National Environmental Policy Act (NEPA) programmatic duties using established rules, current science, aerial photography interpretation and Geographic Information System (GIS ) tools.**

<u>Responsibilities</u>

- **Aerial Photography Interpretation (API) and GIS project development in support of federal government programs.**
- **Perform as government expert witness in the interpretation of aerial photography.**
- **Provide training and technical expertise in aerial photography interpretation, wetland identification and mapping and GIS applications to state and federal employees.**
- **Utilize GIS for the organization and analysis of spatial data including data interpreted from aerial photography and the integration of national and local spatial data sources.**
- **Perform multi-media presentations and training using GIS, PowerPoint, and lecture formats.**
- **Utilize aerial photography interpretation, combined with the integration of collateral information and ground truth, to identify and map wetlands in support of federal programs, including but not limited to; CWA, NEPA and Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA).**
- **Perform duties as Work Assignment Manager (includes aerial photography interpretation report QA/QC) for EPA remote sensing contract.**
- **CWA Section 404 permit review, site inspection, and plan review, mitigation site inspection and plan review, and the coordination of programmatic responsibilities with state and federal agencies.**
- **Environmental document review under NEPA.**

<u>Accomplishments</u>

- **As recognized expert in aerial photography interpretation both regionally and nationally. Provided expert witness testimony in both criminal and civil litigation of numerous CWA enforcement cases across the nation (see attached case list).**
- **Provided aerial photography interpretation and GIS analysis in support of EPA review of proposed federal rule making as the result of the Supreme Court's decision in the Solid Waste Agency of Northern Cook County (SWANCC) v US Army Corps of Engineers.**
- **Participated in the planning and execution of numerous multi-disciplinary wetland field investigations to support CWA enforcement and permit cases.**
- **Provided aerial photo interpretation expertise and wetland policy guidance in support of the CERCLA program.**

- Developed and instructed basic aerial photography courses that are taught at various locations in Region 3 and Nationally.
- Presenter at EPA/DOJ National Enforcement Conferences and EPA remote sensing symposiums
- Awarded EPA Bronze Metal for efforts associated with the testing of the proposed 1991 revisions to the Federal Manual for Identifying and Delineating Jurisdictional Wetlands (April 1992).
- Awarded EPA Bronze Metal for efforts leading to the successful prosecution of violations of the Clean Water Act (April 1996).
- Awarded EPA Bronze Metal for outstanding scientific analysis supporting continued regulation of the uppermost reaches of out Nation's Waters (April 2004).
- Awarded EPA Bronze Metal for aquatic resource protection using Aerial Photography Interpretation and GIS Analysis (May 2006).
- Awarded EPA Bronze Metal for outstanding team effort in the conviction of three individuals and two corporate defendants in the largest wetland's criminal enforcement case in United States history (July 2006).

## Previous Employment

Senior Level Imagery Analyst/Team Leader (Held Top Secret Clearance): The Bionetics Corporation, (contractor to EPA's Environmental Photographic Interpretation Center (EPA/EPIC)).  P.O. Box 1575, V.H.F.S.  Warrenton, VA 22186, (9/80 to 2/88).

## Continuing Education

Aerial Photo Interpretation Course.  American Congress on Surveying and Mapping. Washington D.C., February 1981.
Technical Writing Workshop.  Shipley Associates. Warrenton VA.,  November 1981 and March 1982.
Fundamentals of Remote Sensing for Terrain Analysis.  George Washington University,  January 1982.
Elements of Photogrammetry 1 and 2.  George Mason University, May 1983.
Graduate Level Terrain Analysis.  Robert Frost, U.S. Army Engineer Topographic Laboratories, 1983.
Classification of Wetland and Deepwater Habitats.  U.S. Fish and Wildlife  Service, Clearwater, Florida, October 1987.
ESRI ARC/Info GIS Training Course.  U.S. EPA, Philadelphia, Pennsylvania,  March 1988.
Jurisdictional Delineation of Wetlands.  U.S. EPA. Hickory Corners Michigan,  September 1988.
Cumulative Impact Assessment in South Eastern Wetland Ecosystems.  U.S. EPA. Slidel, Louisiana, October 1988.
Hazardous Materials Incident Response Operations.  U.S. EPA, Edison New Jersey, Oct 26-30, 1992.
Habitat Evaluation Procedures Workshop.  U.S. Fish and Wildlife Service, National Ecology Research Center, Philadelphia, Pennsylvania, Nov. 1-6, 1992.
Practical Conflict Management.  National Highway Institute, Hunt Valley Maryland, February 2-4, 1993.
Soils Classification Course.  Delaware Valley College, Doylestown, Pennsylvania, June 28-30 1993.
Soil Science for Hazardous Materials, Cook College, New Brunswick, New Jersey, October 27-29, 1993.
National Environmental Policy Act Training Workshop.  Shipley Associates, New York City, June 13-15, 1995.
Training Program for Major Investment Studies.  National Transit Institute, Wilmington, Delaware, September 6-8, 1995.

The Hydrogeomorphic Approach to Assessment of Wetland Functions in the Mid-Atlantic.  The Natural Resource Conservation Service in cooperation with EPA, COE, FWS & The National Wetland Science Training Cooperative, Annapolis, Maryland, September 18-22, 1995.
ISTEA:Opportunities for Innovative Transportation and Environmental Policymaking.  U.S.EPA, Office of Policy, Planning, and Evaluation, Philadelphia Pa., Dec. 12, 1995.
Reg.IV Interagency Wetland Identification Training.  Stockton, New Jersey, Septemper 30-October 4, 1996.
Applied Fluvial Geomorphology.  Dave Rosgen; Wildland Hydrology Consultants, Charlottsville, Virginia, March 10-14, 1997.
Remote Sensing and Digital Image Processing.  Doug Wheeler; United States Geological Survey, Reston, Virginia, January 22-March 5, 1998
Automated Geospatial Watershed Management. GIS Based Hydrologic Monitoring.
USDA Southwest Watershed Reseach Center/ EPA Office of Research and Development Reston, Virginia, September 17-18, 2002

## Education

B.S. West Virginia University 1980
Major: Forest Resource Management
Supportive curriculum:  remote sensing, computer science, geography, hydrology, surveying and mapping.

## Professional Publications

Brilis, GM; vanWaasbergen, RJ; Stokely, PM; Gerlach, CL.  2001
Remote Sensing Tools Assist in Environmental Forensics: Part II-Digital Tools. Environmental Forensics, Volume 2, Number 3.  Academic Press, Pages 223-230.

Stokely, P.M. 1987.
The EPA's Remote Sensing Support of the Clean Water Act's Section 404 Enforcement Activities. Army Corps of Engineers, 1987.

Stokely, P.M., W.L. Bear. 1984.
Incorporation of Hydrogeologic Data into the USEPA Environmental Photographic Interpretation Center Investigations into Hazardous Waste Sites.  Conference Proceedings, Management of Uncontrolled Hazardous Waste Sites, Washington, D.C.

## Awards

Five EPA Bronze Metals (described above).
Three EPA Special Achievement Awards in recognition of high quality performance.
EPA Certificate of Appreciation for 10 years of Federal Service
Corps of Engineers Certificate of Appreciation for preparation and teaching Aerial Photography Interpretation courses
Society of American Foresters (SAF) letter of Appreciation for participation in SAF Wetland Training Session
Virginia Cooperative Extension Service (VEC) letter of appreciation for participation VEC Wetland Regulation Training Session
EPA ORD Certificate of Appreciation
EPA ORD Nomination for Outstanding Support Services
Various EPA cash awards for sustained superior achievement
Cash Award (Sept 2003) for Significant Contribution to Region 8 Enforcement Efforts
Quality Step Increase (Sept 2003) and cash award from EPA Region 3

Detailed List of Testimony, Projects and Presentations

Aerial Photo Interpretation and Expert Witness Testimony Provided

1) U.S.A. v Paul V. Kebert, Kebert Construction Co., and the Kebert Family Partnership, Civil Action 86-86E, Crawford County, PA., November 1986, Federal Court Erie.
Issue; Wetlands filling for residential development.
Subject of testimony: Presence of wetlands prior to disturbance, chronology and extent of filling activity.

2) U.S.A. v Phillip R. and Paul S. Hobbs, Civil Action 90-41  Ware Neck, VA., January 1990, Federal Court Norfolk.
Issue; Wetlands filling for residential development although contested as normal silviculture.
Subject of testimony: Chronology of site disturbance, location of field samples, presence of natural and manmade drainage, connection to waters of the United States.

3) U.S.A. v William B. Ellen, Criminal No. S-90-0215, Dorchester County, MD., December 1990, Federal Court Baltimore.
Issue; Wetlands filling for hunting preserve, ponds, home and road construction.
Subject of testimony: Presence of wetlands prior to disturbance, chronology of events, description of wetlands at each count and opinion as to whether wetlands were filled, and acreage, impact of rainfall on wetland signatures.

4) U.S.A. v Robert Brace and Robert Brace Farms, Inc., Civil Action 90-229 Erie, Erie County, PA., November 1993, Federal Court Erie.
Issue; Wetland conversion for unknown purposes although contested for agricultural purposes.
Subject of testimony: Presence of wetlands prior to disturbance, chronology of events, presence of sidecast fill material and underground drainage tiles, acreage of impact, drainage direction, connection to waters of the United States.

5) U.S.A. Counter Claim Plaintiff v Harry H. Cupp and Mina H. Cupp, Civil Action 89-170-E, Randolph County, WVA., July 1994, Federal Court Elkins.
Issue; Forested wetland conversion for agricultural purposes.
Subject of testimony: Presence of wetlands prior to disturbance, drainage direction and connection to Waters of the United States, acreage of impact.

6) Bozievich Case, October 1994, EPA Administrative Hearing, Philadelphia.
Issue; Conversion of wetlands for farming related purposes, York County, PA.
Subject of testimony: Presence of wetlands prior to disturbance, connection to Waters of the United States, area of impact.

7) Britton Construction Co., BIC Investments, and William and Mary Hammond, Docket No. CWA-III-096, November 1996, EPA Administrative Hearing, Washington, D.C.
Issue; Filling of tidal wetlands for residential construction, Chincoteague VA.
Subject of testimony: Presence of wetlands prior to filling, connection to tidal waters.

8) U.S.A. v James J. Wilson, Interstate General Co., LP and St. Charles Associates, Criminal No. AW-95-0390, Charles County, MD. February 1996, Federal Court Greenbelt.
Issue; Non-tidal wetlands filling for residential and commercial development.

<u>Subject of testimony:</u> Presence of wetlands prior to disturbance, drainage direction and connection to Waters of the United States, presence of natural and manmade drainage features, stability and reliability of wetland signatures, chronology of disturbances, selection and location of reference points, impact of rainfall on wetland signatures, opinion as to whether wetlands were filled and acreage of fill.

9) <u>Borden Ranch Partnership v US Army Corps of Engineers and US EPA, CIV-597 0858 GEB JFM ,</u>  Sacramento and San Joaquin Counties, California. January 1998, Federal Court Sacramento.  Issue; Non-tidal wetlands filling for agricultural purposes (vineyard and orchard).
<u>Subject of testimony:</u> Documentation and enumeration of discharges as the result of deep-ripping.

10) <u>U.S.A. v Sartori, CIV 98-14087 Moore,</u> Lake Placid, Highlands County, Florida, Federal District Court, Southern District of Florida, Fort Pierce, FL. July 2000. Issue; Conversion of non-tidal wetland for agricultural purposes (caladium production).
<u>Subject of testimony:</u> Documentation of the history of the conversions, mechanized land clearing, site drainage, connections to waters of the United States, presence of wetlands, documentation of hydrology visible on the aerial photography.

11) <u>U.S.A. v Paul G. Phypers, et al. Civ. Case No. 00-141195-CIV-PAINE/LYNCH, S.D. FLA.,</u> Lake Placid, Highlands County , FL. Federal District Court, Southern District of Florida, Fort Pierce, FL. May 8, 2002. Issue: conversion of non-tidal wetlands for agriculture purposes (caladium production).
<u>Subject of testimony:</u> Documentation of the history of the site 1970-1999, description of the site before and after conversion to agriculture (mechanized land clearing, ditching), site drainage, connections to waters of the United States.

12) <u>U.S.A. vs. Dominick and Louis Manzo, Marlboro Township, Monmouth County, NJ: Civil Action No. 97-289 (MLC),</u> Federal District Court, District of New Jersey, Trenton, NJ. June 11-12, 2002. Issue: Division of liability under CERCLA regarding the release of contaminants into Burnt Fly Bog.
<u>Subject of testimony:</u> Documentation of the history of the site from the 1950's until the present including the description of the waste lagoon contents and condition, description of manmade disturbances to the lagoons and subsequent deposition of material into Burnt Fly Bog, description of surface water flow paths and erosion from the lagoons and the description of changes to the vegetative cover of the adjacent wetlands.

13) <u>Smith Farms Hearing, EPA 404/402 Administrative Proceeding, Virginia Beach Circuit Court, Virginia, June 18, 2002 (Retried October 6-10, 2003).</u> Issue: Tulloch ditching in preparation for land development.
<u>Subject of Testimony:</u> the methods and conclusions contained in two expert reports (January and June 2002), the January 2002 report covered the presence of wetlands on site and the description and measurement of disturbances to wetlands (ditching, clearing of swaths) and total land disturbance for 402 purposes. The June 2002 report focused on the hydrological connection of the site to other waters and tidal waters.

14) <u>Lewis Farms Hearing, EPA 404/402Administrative Proceeding, Virginia Beach Circuit Court, Virginia, January 14 and February 6, 2003.</u> Issue: Tulloch ditching in preparation for land development.
<u>Subject of Testimony:</u> the presence of wetlands on site and the description and measurement of disturbances to wetlands (ditching, clearing of swaths, access roads (where and when)) and total land disturbance for 402 purposes. Testimony also focused on the hydrological connection of the site to other waters and tidal waters.

15) <u>Doug Blossom Hearing, EPA CWA Administrative Proceeding, Alaska State Court House,</u>

Kenia, Alaska, May 4, 2004.  Issue: Ditching and land clearing of wetlands in wetlands adjacent to Cook Inlet.
Subject of Testimony: testimony performed using live demonstration of ArcView GIS. Issues were the presence of wetlands, alteration of wetlands, evidence of silviculture activity, drainage connection to Cook Inlet, including flow across beach.

16) Lucas Trial, Federal District Court, Gulfport, MS.  (Criminal No: 1:04cr60GuRo ) January 25, 2005.
Subject of Testimony:  Method and results of aerial photography interpretation and GIS analysis showing the physical alterations and hydrological connection of the Lucas wetlands to local streams and bayous and ultimately to the Gulf of Mexico.

## Additional Aerial Photo Interpretation Support:

Review of Aerial Photography and GIS Data, Barrett CWA Case, Philadelphia, MS
Issue: CWA Enforcement, Illegal Discharge of Fill Material Waters of the US.

Savoy Property, Lynchburg, VA:
Issue: Filing of streams and wetlands for senior housing development.

Cody Bedford Property, Virginia Beach, VA:
Issue: Filling of non-tidal wetlands for unspecified purpose.

Timberland Construction, Abingdon, VA:
Issue: Review of aerial photography and ground photography of a lot containing fill related to a civil matter between buyer and seller and a potential 404 violation.

Hudson Sand and Gravel, Manchester, NH
Issue: Section 404 and Section 402 Impacts to streams and wetlands for commercial development, was the stream there prior to filling

Riverside Commons, Mentor and Willoughby, OH
Issue: Potential criminal violations of the CWA from the development of a commercial park near Cleveland, OH

Review of aerial photography and expert report in the matter of Ruston Foundry, Alexandria, LA
Issue: CERCLA Liability Case, origin and fate of contaminants, recovery of past costs.

Review of Opinions of W.M. Grip in the matter of Mallinckrodt, Inc, St. Louis, MO
Issue: CERCLA Liability Case, origin and fate of buried drums.

Mathias Point, King George County, Va:
Issue: Filling of the Potomac River shoreline.

Rhodesland Plantation, Orange County, Va
Issue: Filling of Rapidan River channel and moving the channel to location it held in the 1950's, encroachment on neighbors property.

Kaye Site, Sussex County, DE:
Issue: Filling of non-tidal wetlands from the expansion of a sand and gravel quarry.

Longneck Road Sussex County, De:
Issue: Filling of non-tidal and tidal wetlands for the construction of condos and storm water

management.

Bridge City Texas Site:
Issue: wetland impacts from dredging a canal

Thorson Site, Tomah, WI.
Issue: does aerial photography and collateral information review support the presence of wetlands at the site.

Sapp Battery, Alford, FL
Issue: hydrologic connection of site wetlands to tributary system

U.S.A. v Adam Brothers, Santa Maria, CA (Ongoing).
Issue: filling, grading and channelization of flood plain/wet meadow wetlands for unknown purpose.

U.S.A. v Charles Johnson, et al. Civil Action No. 99-12465-EFH., Carver, MA (Ongoing).
Issue: Conversion of wetlands to cranberry bog and ancillary facilities

U.S.A v Wilcox, Civ No. 4:99CF00806. Little Rock, Arkansas (Settled).
Issue: conversion and filling of wetlands for sod production.

U.S.A. v Jane A. Young, Joseph M. Morris, Morris Brothers Farms and Armitisa Farms, Inc. , Civil Action 95-4202-JPG. Hamilton County, Illinois (Settled).
Issue: Conversion of Wetlands for Agriculture.

U.S.A. v Louise Mango, Kenneth Austin, Kevin Dominski, and Phoenix Environmental, Inc. Criminal No. 96-CR-327 (HGM). Central and Upstate New York (Criminal charges dropped).
Issue: Filling of wetlands and potential conversion to uplands related to the construction of a natural gas pipeline

Tulloch Ditching Investigation, Southeastern Virginia.
Issue: wetland ditching, determining extent of discharge, connection to other waters, area of disturbance at 11 sites attempting to elude CWA jurisdiction.

Roland Fabian Site, Gary, IN.
Issue: the presence of wetlands historically, and documentation of filling.

West Valley City Sites, West Valley City, Utah.
Issue: Conversion and filling of playa wetlands at six separate sites for commercial development (auto junk yards, trucking companies).

Rudy Cundiff Site, Muhlenburg County, KY.
Issue: draining and filling of wetlands for site improvement and potential agriculture.

Dimitrios Manetas Site, Galveston, Texas.
Issue: were tidal wetlands filled and were they hydrologically connected to adjacent tidal wetlands.

Sussex County Airport, Sussex County, DE.
Issue: mechanical land clearing of forested wetlands for airport runway clear zone.

Donovan Site, Sussex County, DE.
Issue: filling of forested wetlands for general site development.

<u>Conrad Site</u>, Susquehanna River, York County, PA.
Issue: Wetlands and flood plain filling and excavation for marina development.

<u>Harbor View, Bethany Beach</u>, Sussex County, DE.
Issue: Tidal and non-tidal wetlands filling for residential development.

<u>Violation Site</u>, Sussex County, DE.
Issue: Forested wetlands clearing/filling.

<u>Majoroni Site</u>, Presque Isle/Lake Erie, Erie County, PA.
Issue: Stream channelization, sidecast, filling of lake front.

<u>Brakenrich Site</u>, Greenbrier County, WVA.
Issue: Pond construction and filling forested wetlands.

<u>Lambert Site</u>, Kanawah River, Charleston, WVA.
Issue: Filling in the Kanawah River.

<u>Bowmans Orchard</u>, Shenendoah County, VA.
Issue: Lake construction in wetlands and waters.

<u>Meadville Mall</u>, Crawford County, PA.
Issue: Filling of wetlands for mall expansion.

## <u>Miscellaneous Projects and Presentations:</u>

Environmental Forensic Analysis using Aerial Photography and GIS: Use in Civil and Criminal Enforcement Prosecutions, Virginia Department of Environmental Quality Annual Retreat, Virginia Beach, VA. May 2, 2006

Wetland Enforcement Training III: Aerial Photography Interpretation & Building a Good Case, Hadley, MA April 25-27, 2006

Environmental Forensic Analysis using Aerial Photography and GIS: Use in Civil and Criminal Enforcement Prosecutions, ESRI Federal Users Conference, Washington, DC, February 1, 2006

Integrating Aerial Photography Interpretation, GIS and Ground Truth: A Method to Help Establish CWA Jurisdiction, Association of State Wetland Managers Conference, Albuquerque, NM October 19, 2005.

Instructor for the EPA National Wetlands Enforcement Course, Teaching Aerial Photo Interpretation to EPA staff, Haymarket, VA, Oct 4-7, 2005

Wetlands and Water Related GIS Data: A Widely Distributed Network of Data Types and Formats, EPA National CWA 404 Conference, Washington, DC November 17th, 2004.

Aerial Photography Interpretation and GIS: Tools for Wetlands Enforcement, Norfolk District Corps of Engineers, Norfolk, VA July 29, 2004.

Integrating Aerial Photography with GIS, Virginia Association of Wetland Professionals, Newport News, Virginia, May 21, 2004.

Aerial Photography Interpretation and GIS: Tools for Wetlands Enforcement, EPA GIS Workgroup Spring Meeting, Philadelphia, PA March 26, 2004.

Comparison of several dates of aerial photography to characterize sediment plume/deposits in Mica Bay, Coeur d' Alene Lake, Idaho. October 2003.

King William Sand and Gravel Site, King William County, VA. Analysis to historical aerial photography to determine in a potential mitigation site had been illegally cleared after 1985. Sept 2003

Aerial Photography Analysis of the ILUKA Site : Brantley County, Georgia.  Analysis of aerial photography to determine drainage patterns and hydrological connections between wetlands and receiving waters.  August 2003

Aerial Photography Interpretation and GIS: Tools for the Identification of Hydrological Connection of Waters of the United States: EPA/DOJ National CWA Enforcement Conference, Washington, DC. July 2003

Aerial Photography Interpretation and GIS analysis of various areas and data sources in Region 3 in support of regional comments on the EPA/COE Advance Notice of Proposed Rulemaking (ANPRM) in response to the Supreme Court's decision in the Solid Waste Agency of Northern Cook County (SWANCC) v US Army Corps of Engineers.  April 2003

Instructor in Aerial Photography Interpretation and GIS to state and federal employees working on Formally Used Defense Sites (FUDS), August 2002 and February 2003

Historical Wetlands Trends Analysis and GIS database development at the 68th Street Dump, Baltimore City and County, MD.  December 2002

Aerial Photography Interpretation and GIS: Putting the pieces together for Wetland Litigation: EPA/DOJ National CWA Enforcement Conference, Washington, DC. April 2001

Aerial Photography Interpretation and GIS: Putting the pieces together for Wetland Litigation: EPA Remote Sensing Conference, Las Vegas, NV, March 2001

Aerial photography interpretation support to EPA Region 9 CERCLA investigation of the AeroJet Site, Los Angeles, CA 2001

Instructor in aerial photography interpretation and GIS to state and federal employees working in the CERCLA, CWA and RCRA programs in EPA Region 9, February 2001.

Overview of Environmental Photographic Interpretation Center (EPIC) support services presented at the Federal Law Enforcement Training Center (FLETC), Glynco, GA, April 1999.

Search for abandoned munitions plant using historical aerial photography, Glen Wilton, VA. 1999. Search for the old Alexandria Gas Works site using Sanborn Fire Insurance Maps and aerial photography. May 1999.

The use of aerial photography interpretation in CWA Section 404 enforcement investigations, EPA/DOJ National CWA Enforcement Conference, Washington, DC. 1998

Mapping of Wetlands and Upland Habitat Types, Hobet Spruce Run No. 1 Mine, Boone County, West Virginia, 1998.

Updated National Wetland Inventory maps for several watersheds in EPA Region 3 in support of

the Chesapeake Bay Program, 1997-1998.

Evaluation of potential Central Regional Lab Sites using aerial photography, Anne Arundel County and Fort Meade Maryland, 1995.

Douglassville Superfund Site Cost Recovery Support, Douglassville, Berks County PA; Nature, extent and chronology of activity in the on-site lagoons, 1994

Dorney Road Landfill; Wetlands Mapping, Mitigation and Cost Recovery Support, Lehigh County PA, 1993.

Riddle Farms Wetland Mapping and Field Work, Worcester County, MD, 1993.

Quakertown Swamp Wetland Mapping and Advanced Identification, Bucks County, PA, 1992.

Proposed 1991 Wetland Manual Testing, Various Sites on the Coastal Plain of Maryland.

A Technical Evaluation of Maryland's Proposed Use of Non-Tidal Wetland Guidance Maps for regulatory purposes, 1991.

Satellite Wetlands Mapping Project, Dorchester and Kent Counties Maryland, 1991