E-FILED
Tuesday, 31 October, 2006  03:47:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 06-30002 |
| v. | ) | |
| | ) | |
| GERALD LIPPOLD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S DISCLOSURE OF EXPERT WITNESS MOSHER**

      The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, discloses the following information concerning expert witness Robert G. Mosher:

Opinion:

 Boron is readily soluble in water, tends to stay in solution and settles out of water relatively slowly.

Bases and reasons:

As the Water Quality Standards supervisor, he works extensively with the Permit Section to determine proper effluent limits for inclusion in NPDES permits. He also reviews petitions submitted to the Illinois Pollution Control Board for Adjusted Standards, Variances and Site-specific exceptions to the Water Quality Standards. He has examined all of the coal-fired power plants in Illinois that use water to move their ash from the power plant to a storage site, including CWLP.  As a result of such experience he has become knowledge about boron and its solubility in water. For all of such power plants, it was necessary to review the levels of boron contained in discharges and assess treatment options for such boron.  He has reviewed all of the proposed methods for treatment or removal of boron from the discharges from the ash ponds of these power plants.  Allowing the boron to settle-out was not a viable solution because the boron stayed dissolved in the water.  Based upon such experience, he knows that boron is very soluble in water and does not readily settle out of the water.

Qualifications:

See Attachment one.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Tom Schanzle-Haskins
    Claire A. Manning
    Brown, Hay & Stephens
    205 South Fifth Street, Suite 700
    Springfield, IL 62705-2459

    Charles J. Northrup
    Todd M. Turner
    Sorling, Northrup, Hanna, Cullen & Cochran
    Suite 800 Illinois Building
    607 East Adams Street
    Springfield, IL 62705

    Jon G. Noll
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704

            s/ Patrick J. Chesley

5350 Richland Road
Pleasant Plains, Illinois 62677

Phone 217-782-3362
E-mail
Bob.Mosher@epa.state.il.us

# Robert G. Mosher

**Education**    Eastern Illinois University                Charleston, Illinois
**BS Environmental Biology**   **1977**
**MS Zoology**            **1979**

**Professional experience**

1988 - Present        Illinois Environmental Protection Agency
**Supervisor, Water Quality Standards Unit, Bureau of Water**

Supervision of 3-5 profession employees of the Unit, consisting of engineers, toxicologists and environmental biologists.

1. **Implementation of water quality standards.**

   Work extensively with Permit Section staff to incorporate water quality based effluent limits in NPDES permits for metals, ammonia, chlorine and other parameters. Coordinate the Agency's whole effluent biomonitoring program including review of bioassays conducted by the Agency laboratory, private consulting laboratories and permittees. Recommend permit actions related to whole effluent biomonitoring such as monitoring requirements and limits. Evaluate Illinois Pollution Control Board (IPCB) nondegradation standard for new or expanding discharges, explore alternatives to increasing pollutant load increases and work with municipal and industrial dischargers to seek less polluting solutions under the nondegradation regulation. Provide expert witness testimony at IPCB hearings and appeals related to NPDES permits.

2. **Coordination of Special Rulemakings.**

   Work with Division of Legal Council staff concerning petitions submitted by dischargers to the IPCB. Review petitions for Adjusted Standards, Variances and Site-specific changes to the water quality standards from dischargers based on unique needs. Recommend Agency position on such relief based on federal regulations and compatibility with protection of the waters of the state. Provide expert witness testimony at IPCB hearings related to special relief.

3. **Development of water quality standards regulations.**

   Develop water quality standards suitable for use in Illinois using information obtained from USEPA and the scientific literature. Work with Agency legal staff and the IPCB in the adoption of these standards into Illinois Administrative Code. Coordinate and participate in stakeholders workgroups to explain new standards and obtain public participation in standards initiatives. Participated as a lead worker or primary manager of many standards rulemakings including Disinfection Exemptions(1988), Toxics Control (1990), Ammonia (1996), Great Lakes Initiative (1997) and currently, Dissolved Metals Update and Nutrient Standards. Provide expert witness testimony at hearing.

4. **Other Duties.**

   Speak at three to five professional organization conferences (such as Water Environment Federation) each year on water quality initiatives and Agency programs. ORSANCO subcommittee member.

| | |
|---|---|
| 1985 - 1988 | Illinois Environmental Protection Agency |

**Data Management Unit, Planning Section, Division of Water Pollution Control**

Managed Ambient Water Quality Monitoring Network data through the USEPA STORET system. Lead worker in compilation of the <u>1988 Illinois Water Quality Report</u>. Performed quality assurance work for Agency water quality data.

| | |
|---|---|
| 1982 - 1985 | Monsanto Company, St. Louis, Missouri |

**Contract Worker**

Performed aquatic life bioassays in Monsanto's Environmental Sciences Center. Developed Standard Operating Procedures for several aquatic life bioassays. Traveled to Monsanto plant sites across the country collecting samples and conducting stream biosurveys. Used a mobile aquatic bioassay laboratory at some of these sites to perform whole effluent bioassays.

| | |
|---|---|
| 1981 - 1985 | Belleville Area College, Belleville & Granite City, Illinois |

**Instructor of Biology**

Instructed Community College courses in introductory biology and human anatomy and physiology on a full to part time basis. Member of the Charter Staff at the Granite City Campus.

| | |
|---|---|
| 1980 - 1981 | Environmental Science & Engineering, Inc., St. Louis MO |

**Aquatic Biologist**

Performed surveys of fishes and macroinvertebrates in large rivers and small streams for power plant location feasibility studies.

**Community activities**

- Tutor, Washington Street Mission, Springfield
- Coach, Boys Baseball and Girls Softball, Pleasant Plains Junior Athletic Association
- Deacon Board Member, Cherry Hills Baptist Church, Springfield

**Awards received**

Illinois EPA Employee of the Month, February 1995