IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Criminal No. 06-30002 |
| v. | ) |
| | ) |
| GERALD LIPPOLD, et al., | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S DISCLOSURE OF EXPERT WITNESS ETTINGER**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, discloses the following information concerning expert witness William H. Ettinger:

The opinions and bases and reasons for such opinions are contained in the report, which is attached as attachment one.

The witness' qualifications are attached as attachment two.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Tom Schanzle-Haskins
       Claire A. Manning
       Brown, Hay & Stephens
       205 South Fifth Street, Suite 700
       Springfield, IL 62705-2459

       Charles J. Northrup
       Todd M. Turner
       Sorling, Northrup, Hanna, Cullen & Cochran
       Suite 800 Illinois Building
       607 East Adams Street
       Springfield, IL 62705

       Jon G. Noll
       Noll Law Office
       802 South Second Street
       Springfield, IL 62704

                                    s/ Patrick J. Chesley

E-FILED
Tuesday, 31 October, 2006  04:06:14 PM
Clerk, U.S. District Court, ILCD

# MEMORANDUM

**Date:** October 30, 2006

**To:** Gregg Good, Manager Surface Water Section

**From:** Bill Ettinger, Manager Central Monitoring Unit

**Subject:** Biological survey of two unnamed tributaries to the Sangamon River in the vicinity of the Curry Ice and Coal facility on North Dirksen Parkway, Springfield, Illinois.

At the request of Mr. Patrick Chesley, Assistant United States Attorney for the Central District of Illinois, I conducted a biological survey of two unnamed tributaries to the Sangamon River in the vicinity of the North Dirksen Parkway Curry Ice and Coal facility (Curry) on September 20, 2006. Apparently sometime between April and June 2003, water was allegedly discharged without the proper NPDES permit into the eastern-most tributary from a pit on the Curry property. At the time of the alleged discharge, the pit contained ash from the City Water, Light and Power ash ponds. I was specifically requested to evaluate the performance of aquatic macroinvertebrate species in these unnamed tributaries and the support these unnamed tributaries provide to the aquatic habitat of the Sangamon River. Accompanying me on this biological survey were Mr. Tim Zook, Bureau of Water/Field Operations Section/Springfield Region and Mr. Richard Johnson, Bureau of Land/Field Operations Section/Springfield Region.

These two unnamed tributaries are located on the northeast edge of Springfield near Devereux Heights and have a confluence just west of the Curry property forming a single unnamed tributary. This tributary then flows directly north to the Sangamon River at a point just downstream of the Union Pacific (Amtrak) Railroad trestle. Above the confluence of the two unnamed tributaries, the eastern-most tributary begins at a field tile downstream of Bissell Road. It flows in a northerly direction through the All American Mobile Home Sales (Park) and enters the Curry property from the east. The western-most tributary begins south and west of North Dirksen Parkway near the Twin Lakes subdivision and also flows in a northerly direction, entering an adjacent property to Curry from the south. Knowledge of this area is based on two visits for biological surveys, USGS topographic maps and discussions with other Agency personnel familiar with the area. A map of these tributaries and the location of sampling sites can be found in Figure 1.

Survey Methodology

Qualitative (presence/absence) biological samples were collected at stations located upstream and incrementally downstream from the alleged discharge site. Biological samples collected from these stations were then returned to the Springfield Regional office for sorting and

identification to genus/species whenever possible. Visual observations were also made on instream aquatic and near stream terrestrial habitats. No water chemistry samples were collected.

Survey Results

Site 1 was located on the eastern-most tributary approximately 200 feet downstream from Bissell Road. Water was pooled at this station with dry stream above the pool to Bissell Road and dry stream downstream of the pool for an unknown distance. The pool was approximately 50 feet in length. Bottom substrates were predominately mud with some aquatic weeds and filamentous algae. Observed aquatic life at the site included damselfly and dragonfly nymphs, midge flies, mosquito larvae, aquatic earthworms, aquatic snails and fingernail clams for a total of seven taxa (Table 1). The word "taxa" is pleural for "taxon" which, according to Webster's New Collegiate Dictionary, is a "taxonomic group or entity." Taxonomy is the "orderly classification of plants and animals according to their presumed natural relationships."

Site 2 was located on the western-most tributary just upstream of the North Dirksen Parkway box culvert. The stream had flow and the bottom substrates were predominantly gravel and small cobble with some sand and mud. Aquatic weeds and filamentous algae were also present. Observed aquatic life at the site included damselfly and dragonfly nymphs, midge flies, water striders, and aquatic snails for a total of 14 taxa (Table 1).

Site 3 was located approximately 0.5 mi downstream from the confluence of the two tributaries and approximately 0.5 mi upstream from its confluence with the Sangamon River. The stream had flow and the bottom substrates were predominantly sand with some gravel and mud. Aquatic weeds and filamentous algae were also present. Observed aquatic life at the site included damselfly and dragonfly nymphs and water striders for a total of seven taxa (Table 1).

Site 4 was located on the eastern-most tributary just inside the east Curry property line and upstream from the Curry access road culvert. The stream had flow and the bottom substrates were predominantly gravel with some sand and mud. Filamentous algae were present and observed aquatic life at the site included dragonfly nymphs, midge flies, mosquito larvae, horsefly larvae and aquatic snails for a total of eight taxa (Table 1).

Site 5 was located approximately 70-100 feet downstream from the confluence of the eastern and western tributaries on the Joe and John Chernis property. The stream had flow and the bottom substrates were predominantly gravel with some sand. Aquatic weeds and filamentous algae were also present. Observed aquatic life at this site included crayfish, dragonfly and damselfly nymphs and mosquito larvae for a total of seven taxa (Table 1).

Site 6 was located approximately 50 feet upstream from the confluence with the eastern-most tributary on the Joe and John Chernis property. The stream had flow and the bottom substrates were predominantly gravel with some sand and mud. Filamentous algae were present and observed aquatic life at the site included damselfly and dragonfly nymphs, midge flies, and mosquito larvae for a total of six taxa (Table 1).

Survey Discussion

Since the mid-1950's, the Illinois Environmental Protection Agency has routinely collected aquatic macroinvertebrates when conducting biological surveys.  Aquatic macroinvertebrates are an assemblage of animal groups (taxa) that live at least a portion of their life cycle in the bottom sediments or on or in other bottom substrates in the aquatic environment (Klemm et al. 1990).  These animals are visible to the naked eye and although composed primarily of aquatic insects also include aquatic worms, crustaceans (e.g., crayfish), snails and mussels.

Macroinvertebrate communities are commonly used as environmental indicators of biological integrity because they have limited mobility, in general have a life span of a year or more and are sensitive to even infrequently discharged pollutants that would be difficult to detect by periodic chemical sampling (Klemm et al. 1990, Barbour et al. 1999).

Macroinvertebrates have developed the ability to live in all types of aquatic environments including intermittent streams.  According to Stanley et al. (1994), macroinvertebrates that live in intermittent streams have developed "resistance," which involves the evolution of specific physiological and behavioral traits in order to survive drought conditions; and "resilience," the ability to recolonize after refilling of the habitat.  Williams and Hynes (1976) proposed four possible mechanisms of recolonization during stream recovery - aerial pathways, drift from upstream refugia, movements from downstream refugia, and upward movement from the subsurface (hyporheic) zone.

Despite their indication as intermittent streams (**Springfield East** USGS topographic map; 1:24,000), both of the unnamed streams we surveyed for this report support aquatic life as evidenced by the aquatic macroinvertebrates found at every site.  By virtue of their hydrological connection to Sangamon River, these streams compose part of an important aquatic resource for Illinois.  Widespread scientific recognition exists that the ecological conditions in downstream reaches of a stream system depend on the upstream-downstream connectivity imposed by both surface and subsurface streamflow, the movement of biological organisms, and export of energy and the materials required to sustain life (e.g., Vannote et al. 1980, Minshall et al. 1985, Ward 1989).  Study of stream systems recognizes the importance of this connectivity to the animal life in streams, even for the smallest streams like the unnamed tributaries sampled in this study (e.g., Stanford and Ward 1988; Gordon et al. 1992).  In summary, these unnamed tributaries to the Sangamon River, when combined with other small tributaries and headwater streams to the Sangamon, make a significant ecological contribution to the overall health of the river by providing flow, aquatic life and energy inputs necessary to sustain life in the overall Sangamon River system.

cc:     Tim Kluge, Manager Field Operations Section
        Tim Zook, Springfield Regional Office, Field Operations Section
        Doug Carney, IL Department of Natural Resources
        Patrick Chesley, U.S. Department of Justice
        Kris Vezner, U.S. EPA, Region 5

Literature Cited

Barbour, M.T., J. Gerritsen, B.D. Snyder, and J.B. Stribling. 1999. Rapid bioassessment protocols for use in streams and wadeable rivers: periphyton, benthic macroinvertebrates and fish, Second Edition. EPA 841-B-99-002. U.S. Environmental Protection Agency; Office of Water; Washington, D.C.

Gordon, N.D., T.A. McMahon, and B.L. Finlayson. 1992. Stream hydrology. An introduction for ecologists. John Wiley and Sons, Chichester, England.

Klemm, D.J., P.A Lewis, F. Fulk and J.M. Lazorchak. 1990. Macroinvertebrate field and laboratory methods for evaluating the biological integrity of surface waters. EPA/600/4-90/030. U.S. Environmental Protection Agency; Office of Research and Development; Cincinnati, Ohio.

Minshall, G.W., C.W. Cummings, R.C. Petersen, C.E. Cushing, D.A. Bruns, J.R. Sedell, and R.L. Vannote. 1985. Developments in stream ecosystem theory. Canadian Journal of Fisheries and Aquatic Science 42:1045-1055.

Stanford, J.A. and J.V. Ward. 1988. The hyporheic habitat of river ecosystems. Nature 335:64-66.

Stanley, E. H., D. L. Buschman, A. J. Boulton, N. B. Grimm, and S. G. Fisher. 1994. Invertebrate resistance and resilience to intermittency in a desert stream. American Midland Naturalist 131:288-300.

Vannote, R.L., G.W. Minshall, K.W. Cummings, J.R. Sedell, and C.E. Cushing. 1980. The River Continuum Concept. Canadian Journal of Fisheries and Aquatic Science 37:130-137.

Ward, J.V. 1989. The four-dimensional nature of lotic ecosystems. Journal of the North American Benthological Society 8:2-8.

Williams, D. D., and H. B. N. Hynes. 1976. The recolonization mechanisms of stream benthos. Oikos 27:265-272.



Figure 1:  Biological Survey of Two Unnamed Tributaries to the Sangamon River in the Vicinity of the North Dirksen Parkway Curry Ice and Coal Facility

5

Table 1.  Macroinvertebrate community assemblages from unnamed Sangamon River tributaries in the vicinity of the North Dirksen Parkway Curry Ice and Coal facility on the northeast edge of Springfield.  September 20, 2006.

| Class | Order | Family | Common name | Genus/species | Life stage | Site #1 | Site #2 | Site #3 | Site #4 | Site #5 | Site #6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oligochaeta | unidentified | unidentified | aquatic earthworm | unidentified | A | P | | | | | |
| Turbellaria | Tricladida | Planariidae | aquatic flatworm | Dugesia tigrina | A | | P | | | | |
| Crustacea | Decapoda | Cambaridae | crayfish | Cambarus diogenes | A | | | | | P | |
| Crustacea | Isopoda | Asellidae | sowbug | Caecidotea sp. | A | | | | | P | |
| Insecta | Odonata | Calopterygidae | damselfly | Calopteryx maculata | L | | P | P | | P | P |
| Insecta | Odonata | Coenagrionidae | damselfly | Argia tibialis | L | | | P | | P | |
| Insecta | Odonata | Coenagrionidae | damselfly | Enallagma sp. | L | | P | P | | | |
| Insecta | Odonata | Coenagrionidae | damselfly | Ischnura sp. | L | P | P | P | | P | |
| Insecta | Odonata | Libellulidae (Corduliinae) | dragonfly | Somatochlora sp. | L | | | | | | P |
| Insecta | Odonata | Libellulidae (Libellulinae) | dragonfly | Libellula sp. | L | | P | P | P | | |
| Insecta | Odonata | Libellulidae (Libellulinae) | dragonfly | Pachydiplax longipennis | L | | P | | | P | |
| Insecta | Odonata | Libellulidae (Libellulinae) | dragonfly | Plathemis lydia | L | P | | | P | | |
| Insecta | Odonata | Aeshnidae | dragonfly | Aeshna umbrosa | L | | P | P | | | P |
| Insecta | Odonata | Aeshnidae | dragonfly | Boyeria vinosa | L | | P | | | | |
| Insecta | Hemiptera | Gerridae | water strider | Aquarius sp. | A | | P | P | | | |
| Insecta | Hemiptera | Veliidae | water strider | Microvelia sp. | A | | P | | | | |
| Insecta | Diptera | Chironomidae (Tanypodinae) | midge fly | Ablabesmyia mallochi | L | | | | | | P |
| Insecta | Diptera | Chironomidae (Tanypodinae) | midge fly | Psectrotanypus dyari | L | P | | | P | | |
| Insecta | Diptera | Chironomidae (Chironominae) | midge fly | Chironomus sp. | L | | P | | P | | |
| Insecta | Diptera | Chironomidae (Chironominae) | midge fly | Endochironomus sp. | L | | P | | | | |
| Insecta | Diptera | Chironomidae (Chironominae) | midge fly | Polypedilum illinoiense | L | | P | | | | P |
| Insecta | Diptera | Culicidae | mosquito | Anopheles sp. | L | P | | | | P | P |
| Insecta | Diptera | Culicidae | mosquito | Aedes sp | L | | | | P | | |
| Insecta | Diptera | Culicidae | mosquito | Culex sp. | L | | | | P | | |
| Insecta | Diptera | Tabanidae | horsefly | unidentified early instar | L | | | | P | | |
| Gastropoda | Lymnophila | Physidae | snail | Physella sp. | A | P | P | | P | | |
| Pelecypoda | Eulamellibranchia | Sphaeriidae | fingernail clam | Pisidium sp. | A | P | | | | | |
| | | | | | **Total Taxa** | 7 | 14 | 7 | 8 | 7 | 6 |

A = adult     L = larva     P = present

E-FILED
Tuesday, 31 October, 2006 04:06:44 PM
Clerk, U.S. District Court, ILCD

William H. Ettinger
1221 Larchmont Drive
Springfield, IL 62704

**Education:**

- MS in Zoology – Eastern Illinois University, 1974
- BS in Zoology – Eastern Illinois University, 1972
- Diploma – Taylorville High School, 1968

**Relevant Work Experience:**

**Manager, Central Monitoring and Assessment Unit. May, 1991 to present.**
- Responsible for planning and directing water quality and biological monitoring activities in central Illinois. This includes the supervision/implementation of the Monitoring and Assessment Unit's Ambient Water Quality Monitoring Network (AWQMN), Intensive River Basin, Facility-related Stream Survey, Ambient Lakes and Fish Contaminant Monitoring programs in central Illinois. Activities include data collection, handling, interpretation and reporting. Also responsible for the coordination of activities related to the BOW's Illinois Clean Lakes Program in central Illinois.

**Environmental Protection Specialist (Aquatic Biologist), DWPC/Planning Section, Springfield Regional Office. April, 1974 to April, 1991.**
- Responsible for conducting highly technical and scientific activities which include collection of data and interpretation of results from the Ambient Water Quality Monitoring Network (AWQMN), Intensive River Basin, Facility-related Stream Survey, Ambient Lakes and Fish Contaminant Monitoring programs in central Illinois. Also served as project team leader over technical and professional staff and lead worker in supervisor's absence, as well as providing training to professional staff.

**Professional Organizations:**

- American Entomological Society
- American Fisheries Society
- North American Benthological Society

**Illinois EPA Publications:**

- Illinois Water Quality Report, 1999 (editor)
- Illinois Water Quality Report, 2000 (editor)
- Illinois Water Quality Report, 2002 (editor)
- Illinois Water Quality Report, 2004 (editor)
- Illinois Water Monitoring Strategy, 2007-2012 (in progress) (co-editor)