E-FILED
Tuesday, 31 October, 2006  04:58:52 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Criminal No. 06-30002 |
| v. ) | |
| ) | |
| GERALD LIPPOLD, et al., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF
TIME TO FILE EXPERT WITNESS DISCLOSURE**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, moves the Court to allow it additional time to file its expert witness disclosure for H. Vernon Knapp. In support of this motion the government states the following:

1. On September 15, 2006, this Court ordered the government to make to the defendants attorneys by October 31, 2006 the disclosures required by Federal Rule of Criminal Procedure 16concerning its experts witnesses who would testify concerning Rapanos issues.

2. The government has made disclosure of five such experts to the defense. The government intended to make an expert witness disclosure concerning H. Vernon Knapp

but has been unable to do so.

3. Mr. Knapp is a hydrologist employed by the Illinois Department of Natural Resources. He was to provide expert testimony comparing the rainfall and stream levels during and several months prior to the alleged offense with those same conditions that existed before and during the dates of various inspections done during 2005 and 2006.

3. Within the last month he had back surgery. Approximately two week ago, the government contacted Mr. Knapp who indicated that he thought he could have his report completed by October 31, 2006. Attempts to contact Mr. Knapp by the government within the last eight days have been unsuccessful. A call by the government to Mr. Knapp's office today disclosed that he still has not returned to work.

4. The government asks that this Court allow it an additional two weeks to determine Mr. Knapp's status and report back to the Court. Should Mr. Knapp be able to complete his report within that period the government will file its disclosure at that time.

5. The government has contacted the defense attorneys for all defendants concerning this motion and they have no objection to it.

Wherefore, the government moves this Court to grant it additional time to file its expert witness disclosure concerning H. Vernon Knapp and to allow it two weeks to

determine his medical status and when he will be able to complete his report.


Respectfully submitted,



RODGER A. HEATON
UNITED STATES ATTORNEY



s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Schanzle-Haskins
Claire A. Manning
Brown, Hay & Stephens
205 South Fifth Street, Suite 700
Springfield, IL 62705-2459

Charles J. Northrup
Todd M. Turner
Sorling, Northrup, Hanna, Cullen & Cochran
Suite 800 Illinois Building
607 East Adams Street
Springfield, IL 62705

Jon G. Noll
Noll Law Office
802 South Second Street
Springfield, IL 62704

s/ Patrick J. Chesley