E-FILED
Tuesday, 14 November, 2006  05:56:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 06-30002 |
| v. ) | |
| ) | |
| GERALD LIPPOLD, et al., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S STATUS REPORT CONCERNING EXPERT WITNESS KNAPP**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, provides the following information concerning the status of proposed expert witness Vern Knapp:

The government talked to Mr. Knapp on November 14, 2006. He still has not recovered sufficiently to return to work. He also is recovering from the flu. He believes that he will be able to complete his report by Friday November 17, 2006.

Respectfully submitted,

RODGER A. HEATON

UNITED STATES ATTORNEY

s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Tom Schanzle-Haskins
    Claire A. Manning
    Brown, Hay & Stephens
    205 South Fifth Street, Suite 700
    Springfield, IL 62705-2459

    Charles J. Northrup
    Todd M. Turner
    Sorling, Northrup, Hanna, Cullen & Cochran
    Suite 800 Illinois Building
    607 East Adams Street
    Springfield, IL 62705

    Jon G. Noll
    Noll Law Office
    802 South Second Street
    Springfield, IL 62704

          s/ Patrick J. Chesley