IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 06-30002 |
| GERALD LIPPOLD, et al., | ) |
| Defendants. | ) |

**GOVERNMENT'S DISCLOSURE OF EXPERT WITNESS KNAPP**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, discloses the following information concerning expert witness H. Vernon Knapp:

The opinions and bases and reasons for such opinions are contained in the report, which is attached as attachment one.

The witness' qualifications are attached as attachment two.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Schanzle-Haskins
Claire A. Manning
Brown, Hay & Stephens
205 South Fifth Street, Suite 700
Springfield, IL 62705-2459

Charles J. Northrup
Todd M. Turner
Sorling, Northrup, Hanna, Cullen & Cochran
Suite 800 Illinois Building
607 East Adams Street
Springfield, IL 62705

Jon G. Noll
Noll Law Office
802 South Second Street
Springfield, IL 62704

                                                          s/ Patrick J. Chesley

# Examination of low streamflow conditions near the Curry property

H. Vernon Knapp, Senior Hydrologist
Illinois State Water Survey
November 17, 2006

I was asked to examine and evaluate the conditions in an unnamed tributary to determine what conclusions, if any, could be reached concerning the frequency of flow in that tributary and, in particular, what the flow conditions would have been in the spring of 2003. To accomplish this goal, I considered historical streamflow data from a Central Illinois stream with a similar watershed and from another stream that is located near the unnamed tributary. I also considered meteorological data and reports of observations of the unnamed tributary made by investigators and persons living adjacent to the tributary.

The stream of interest is an unnamed tributary that flows into the Sangamon River in the SW 1/4 of Section 1 in Springfield Township. The tributary drains a watershed area of roughly 2.25 square miles. This watershed area and others described in this report were calculated by examining U.S. Geological Survey (USGS) topographic maps and using land elevations on these maps to determine approximate watershed boundaries. The tributary branches into two forks approximately 0.75 miles upstream from the Sangamon River in the NW 1/4 of Section 12 in Springfield TWP. The watershed area at the confluence of the two forks is roughly 1.9 square miles. The larger west fork drains an area on the west side of Dirksen Parkway, and flows to the confluence by way of a culvert under the parkway. The east fork drains an area primarily east of Dirksen Parkway, with a watershed area of roughly 0.75 square miles. The reported discharge site at the Curry property is located on the east fork approximately 624 feet upstream of the confluence, as stated in the USEPA Investigative Activities Report of August 29, 2006. The primary focus of this report is at the confluence of the two forks and immediately upstream on the east fork.

Historical streamflow records in the vicinity of Springfield, from stream gages maintained by the USGS, are examined herein to ascertain the expected character of low flow conditions on the stream of interest. Available flow records are also used to identify local streamflow conditions during the spring of 2003 (the period of the reported spill) and the late summer and fall of 2006 (the period during which investigative activities on the stream were taking place).

*Background Information and Historical Flow Records*

It is a commonly accepted hydrologic principle that the source of natural low flows in streams is shallow groundwater. If the water table occurs at an elevation higher than the stream bed, then gravity will cause water to seep from groundwater into the stream, maintaining a relatively small amount of flow in the stream during periods of dry weather. On the other hand, the stream will dry up if the water table falls below the level of the stream bed. In transition from wet to dry, the

connection between groundwater and the stream may in some cases be sufficient to maintain standing water in pools that cover much of the stream length, but not be sufficient to cause flow in shallow reaches of the stream (riffles). In such cases, a stream is considered to have no flow (zero flow) even though the stream may be wet at some locations of observation.

Table 1 provides the flow characteristics of two streamgaging locations in the vicinity of Springfield. Flow values are presented according to the frequency in which they occur collectively over many years of record and irrespective of their actual date or year of occurrence. Flows occurring only 5 or 10% of the time are the lowest flows that occur primarily during the driest years. Flows occurring 50% of the time are considered a "normal condition" in that the flow is expected to be greater half the time and less half the time. Percentage values of flow frequency are typically used to indicate whether a stream is at a normal, below-normal, or above-normal flow condition for a particular season or month of the year.

Flow characteristics from the USGS gage at Spring Creek were selected for Table 1 because the gage is located close to the site of interest, and is used herein as an indicator of expected local streamflow conditions for selected dates. Other USGS gages are also located near Springfield, such as gages on the Sangamon River (at Riverton) and South Fork Sangamon River (near Rochester), but the flows from these large watersheds are less representative of hydrologic conditions near the vicinity of Springfield and their flows are also more greatly modified by reservoirs, water supply withdrawals, and wastewater effluents.

The Hurricane Creek gage site is located 40 miles southwest of Springfield. The Hurricane Creek gage is no longer being operated, however it is the only historical flow record in central Illinois for a watershed that is less than 5 square miles. The watershed area at this gaging station is 2.3 square miles, which compares favorably with the Sangamon River tributary. For this reason its flow characteristics, as a whole, are expected to be the most similar to the flow conditions in the Sangamon River tributary. Table 1 shows that there was zero flow in Hurricane Creek for over 30% of the days during the historical record (taken from the last row showing the annual flow frequency). The frequency of zero flows in the 30-40% range is consistent with other flow records taken from small streams (drainage areas less than 3 square miles) throughout Illinois. Although this is the expected regional condition for small streams of this size, it is acknowledged that variations in local geology – such as land slope, drainage tiles, stream incision, and other factors – can affect the level of the local water table with respect to the stream and thus noticeably affect the frequency of low flows. For this reason, to do a specific assessment of the tributary in question, it is necessary to have measurements or observations of the stream condition during expected low flow conditions. Available observations are described and discussed later in this report.

**Table 1. Flow frequency characteristics at two USGS stream gages.
Flow rates are given in cubic feet per second (cfs).**

USGS Gage #05586500:  Hurricane Creek near Roodhouse, IL
(watershed area = 2.3 square miles)

*Flow frequency by percent*

|           | 5% | 10% | 20% | 30% | 40% | 50%  | 60%  | 70%  |
|-----------|----|-----|-----|-----|-----|------|------|------|
| January   | 0  | 0   | 0   | 0   | 0.1 | 0.3  | 0.6  | 1.1  |
| February  | 0  | 0   | 0   | 0.1 | 0.3 | 0.8  | 1.3  | 2.1  |
| March     | 0  | 0   | 0.3 | 0.5 | 0.7 | 1.1  | 1.6  | 2.1  |
| April     | 0  | 0.2 | 0.4 | 0.6 | 1.1 | 1.4  | 2.0  | 2.7  |
| May       | 0  | 0.1 | 0.4 | 0.5 | 0.8 | 1.2  | 1.5  | 2.0  |
| June      | 0  | 0   | 0.2 | 0.4 | 0.5 | 0.8  | 1.2  | 1.6  |
| July      | 0  | 0   | 0   | 0   | 0.1 | 0.2  | 0.4  | 0.6  |
| August    | 0  | 0   | 0   | 0   | 0   | 0    | 0.03 | 0.1  |
| September | 0  | 0   | 0   | 0   | 0   | 0    | 0    | 0.04 |
| October   | 0  | 0   | 0   | 0   | 0   | 0    | 0    | 0.06 |
| November  | 0  | 0   | 0   | 0   | 0   | 0.02 | 0.1  | 0.3  |
| December  | 0  | 0   | 0   | 0   | 0.1 | 0.16 | 0.3  | 0.6  |
|           |    |     |     |     |     |      |      |      |
| ANNUAL    | 0  | 0   | 0   | 0   | 0.1 | 0.3  | 0.6  | 1.1  |

USGS Gage #05577500: Spring Creek at Springfield, IL
(watershed area = 107 square miles)

*Flow frequency by percent*

|           | 5%   | 10%  | 20% | 30%  | 40% | 50% | 60% | 70% |
|-----------|------|------|-----|------|-----|-----|-----|-----|
| January   | 0    | 0.14 | 1.4 | 5.8  | 10  | 21  | 30  | 43  |
| February  | 0    | 1.0  | 5.1 | 13   | 22  | 38  | 59  | 82  |
| March     | 4.9  | 13   | 25  | 36   | 47  | 61  | 77  | 100 |
| April     | 5.7  | 18   | 29  | 38   | 50  | 63  | 84  | 117 |
| May       | 7.4  | 15   | 23  | 13   | 39  | 53  | 72  | 102 |
| June      | 3.4  | 6.2  | 12  | 19   | 27  | 36  | 48  | 68  |
| July      | 0.01 | 0.7  | 2.6 | 5.2  | 8   | 13  | 20  | 31  |
| August    | 0    | 0    | 0.2 | 0.8  | 1.6 | 3.2 | 5.5 | 10  |
| September | 0    | 0    | 0   | 0.07 | 0.4 | 1.0 | 2.1 | 4.6 |
| October   | 0    | 0    | 0   | 0.1  | 0.6 | 1.6 | 4.5 | 9.5 |
| November  | 0    | 0    | 0.3 | 1.3  | 3.3 | 6.6 | 15  | 25  |
| December  | 0    | 0    | 0.6 | 1.9  | 6.0 | 14  | 23  | 36  |
|           |      |      |     |      |     |     |     |     |
| ANNUAL    | 0    | 0.04 | 1.2 | 4.5  | 11  | 21  | 33  | 50  |

Table 1 presents the flow frequency characteristics not only for the entire flow record (in the last row), but also on a month-by-month basis.  There is a considerable difference in the frequency of low flows depending on month or season.  As discussed later, these seasonal differences are very pertinent with respect to defining flow conditions in the Sangamon River tributary.  Low flow conditions most commonly occur in the late summer and fall months, i.e. August through October.  In contrast, flows are typically greatest during the spring months of March-May, and these months are also the least likely to experience low flow conditions.  For example, even though zero flow occurred over 30% of the time at the Hurricane Creek gage, it occurred only about 5% of the time during April.  Furthermore, days of zero flow occurred in April only in the years of 1954 and 1956, two of the driest years within Central Illinois' drought history.

Whereas Hurricane Creek has zero flow over 30% of the time, the larger Spring Creek has zero flow less than 10% of the time.  Most no-flow days occur during years that are drier than normal.  During a normal year, Hurricane Creek has no flow for 5-6 weeks during the fall season, whereas Spring Creek has no flow for only a few days, if any.

*Flow observations from stream inspections in 2006*

Information on flow conditions in the Sangamon River tributary near the Curry property was extracted from stream inspections reports from five dates in 2006:  July 20, August 1, August 24, August 29, and October 5.  Two of the reports (August 24 and August 29) did not contain conclusive information regarding the flow condition in the tributary.  For the remaining dates (July 20; August 1; and October 5, 2006), the reports indicate that inspectors walked the entire reach of the tributary from the Curry property to the confluence of the east and west forks, and water was observed in the tributary over the entire distance.  This stream distance is long enough to likely include several shallow riffles in the tributary that would be dry if flow was not present.  This provides conclusive evidence that there was flow in the stream within this reach on these dates.  Statements in the August 1 and October 5 reports indicate that the east fork of the tributary had no flow at various locations upstream of the Curry property, specifically at the All American Mobile Home Park on August 1 and at Bissell Road on October 5.

*Streamflow conditions during July-October 2006*

Precipitation in Springfield was below normal for several months prior to the 2006 stream inspections, as shown in Table 2.  Monthly streamflows in the region (represented by the Spring Creek gage) were below normal in the summer but approached normal conditions by the fall months, as shown by the flow frequency estimates in Table 3.  It is noted that the monthly flows shown in Table 3 are the average of all days during the respective months, thus including both dry and wet weather conditions during those months.

Table 2.  Monthly Precipitation at Springfield Capital Airport, April 2006-October 2006

|  | Monthly precipitation | Departure from normal |
|---|---|---|
| April 2006 | 4.40" | +0.71" |
| May 2006 | 1.64" | -2.08" |
| June 2006 | 2.46" | -1.45" |
| July 2006 | 2.28" | -1.26" |
| August 2006 | 2.45" | -0.66" |
| September 2006 | 2.02" | -0.90" |
| October 2006 | 2.02" | -0.84" |

Table 3.  Average Monthly Spring Creek Flows for July-October 2006

|  | Average Monthly Flow (cfs) | Approximate Flow Frequency |
|---|---|---|
| July 2006 | 4.5 | 16% |
| August 2006 | 4.2 | 32% |
| September 2006 | 2.5 | 43% |
| October 2006 | 3.9 | 49% |

Table 4.  Daily Spring Creek Flows for July 20, August 1, and October 5, 2006

|  | Daily Flow (cfs) | Approximate Flow Frequency |
|---|---|---|
| July 20, 2006 | 2.2 | 20% |
| August 1, 2006 | 0.02 | 15% |
| October 5, 2006 | 0.0 | 20% |

Weather conditions immediately prior to the stream inspections on August 1 and October 5 were dry, with only 0.24 and 0.05 inches of precipitation, respectively, being recorded in the 10 days prior to the inspection.  In contrast, there was 1.89 inches of rain in the 10 days prior to the July 20 inspection.  Table 4 shows the flows that occurred at the USGS Gage at Spring Creek on the days in which the inspectors walked the tributary.  Each represents a below-normal flow condition for the date, as indicated by flow frequency estimates of 15-20%.

Given that: 1) precipitation and flow conditions in 2006 were generally below normal and 2) the Spring Creek flows on the inspection dates were also below normal, it is therefore concluded that the flow conditions observed in the tributary on the inspection dates also represent below-normal conditions for each respective time of the year.

It is also noted that flow was observed in the Sangamon River tributary on the same date (October 5, 2006) that zero flow was recorded at the Spring Creek gage, even though Spring Creek is a substantially larger stream than the Sangamon River tributary.  This suggests that the occurrence of zero flows in the Sangamon River tributary may be no more frequent or perhaps even less frequent than the occurrence of zero flows in Spring Creek.

*Streamflow conditions during March-May 2003*

The data in Table 5 indicates that precipitation in Springfield was below normal for several months prior to the spring of 2003, the period of the reported spill. The Spring Creek data in Table 6 indicates that monthly streamflow in the region was below normal in March-April 2003, but near normal in May 2003.

Although below-normal seasonal flow conditions existed during the early part of the spring of 2003, it is unlikely that zero flows existed in the Sangamon River tributary downstream of the reported spill. As presented earlier, zero flow days in the similarly-sized Hurricane Creek occurred in April only during the most severe drought years. In addition, the 2006 stream inspections indicate that the occurrence of zero flow in the Sangamon River tributary appears to be noticeably less frequent than in Hurricane Creek.

**Table 5. Monthly Precipitation at Springfield Capital Airport, December 2002-May 2003**

|               | Monthly precipitation | Departure from normal |
|---------------|-----------------------|-----------------------|
| December 2002 | 1.70"                 | -0.46"                |
| January 2003  | 0.76"                 | -1.02"                |
| February 2003 | 1.15"                 | -0.60"                |
| March 2003    | 1.79"                 | -1.10"                |
| April 2003    | 2.82"                 | -0.86"                |
| May 2003      | 3.17"                 | -0.55"                |

**Table 6. Average Monthly Spring Creek Flows for March-May 2003**

|            | Average Monthly Flow (cfs) | Approximate Flow Frequency |
|------------|----------------------------|----------------------------|
| March 2003 | 32.5                       | 18%                        |
| April 2003 | 32.6                       | 18%                        |
| May 2003   | 79.8                       | 53%                        |

*Conclusions*

Stream inspections conducted in July-October 2006, in combination with analysis of historical USGS streamflow data, were used to evaluate the likelihood of the occurrence of zero flow in the Sangamon River tributary downstream of the Curry property. The number of stream observations is too few to develop precise estimates of the frequency of zero flow, however the available information suggests that the occurrence of zero flows in this tributary may be no more frequent than that observed at the USGS gage on Spring Creek, which is approximately 10% of the time. It is possible that the tributary has continuous flow during normal years – a conclusion supported by a statement from Mr. Chernis, the property owner immediately downstream of the Curry property, who indicated that he had never seen the area at the confluence of the tributary's two forks without water it in (August 29, 2006 interview). Observations of non-induced zero flow conditions in the tributary would be needed as evidence to support a contrary conclusion.

There is no universally accepted definition for an intermittent stream. Definitions of intermittent streams in environmental publications range from "a stream that flows only after rainfall" (therefore dry most of the year) to "a stream that does not flow year-round" (potentially flowing almost all of the year). Based on historical records from throughout Illinois, when the frequency of zero flow in a stream is near 10%, that stream typically either has flow year-round in normal years or is close to that condition, because the infrequent zero flows would tend to occur in drier-than-normal years. It has already been stated that the Sangamon River tributary appears to have zero flow approximately 10% of the time and perhaps less frequently, and thus may have year-round flows in normal years. If this is indeed the case, then the tributary would not be considered an intermittent stream under all definitions. If instead the tributary does not have year-round flow, the Sangamon River tributary would be considered intermittent under some definitions of the term, but still not intermittent under the majority of available definitions.

The flow frequency estimates presented herein are limited by the relatively few number of available stream observations. A considerably larger set of flow velocity measurements, possibly collected over more than just one year, would be needed for a noticeably more definitive estimate of frequency. Two general conclusions are not likely to be affected by this limitation and its associated uncertainty: 1) that the tributary has a relatively lower frequency of zero flows compared to the expected regional condition as represented by the Hurricane Creek gaging record, and 2) that the tributary is unlikely to have zero flow throughout any March-May period, except during a severe drought. As previously stated, there is uncertainty as to whether the tributary does in fact have year-round flow in normal years, and this does effect whether none or some of the definitions of intermittent stream apply to the tributary.

The above characterization also does not extend to the entire length of the tributary, such as upstream of the Curry property. As noted earlier, zero flow was observed during the stream inspections at two upstream locations (the All American Mobile Home Park and Bissell Road). There is insufficient information to characterize the frequency of zero flow in these upstream reaches, although the frequency of zero flow is expected to progressively increase in the upstream direction.

# H. VERNON KNAPP

Senior Hydrologist, Center for Watershed Science
Illinois State Water Survey, Urbana-Champaign, Illinois.

**Education**: *University of Kansas.* M.S. in Water Resources Engineering, 1980.
*Eastern Illinois University.* B.S. in Geography, 1976.

**Employment**: ***Illinois State Water Survey, July 1979 to Present***
Assistant Head, Center for Watershed Science, 2001-present
Senior Professional Scientist, 1997-present
Professional Scientist, 1990-1997
Associate Professional Scientist, 1985-1990
Assistant Professional Scientist, 1981-1985
Research Associate, 1979-1981

Mr. Knapp has conducted applied research to solve practical problems in a variety of water resource issues for the State of Illinois. Specific areas of concentration include: 1) deterministic and stochastic modeling of streamflows for use in both stormwater management and water supply hydrology, and 2) statistical, regional, and trend analysis of flows in Illinois for drought and water resource management. He has also been involved in environmental screening and site suitability analyses for several State initiatives, including the low-level radioactive waste (LLRW) disposal facility, superconductor super-collider (SSC), and Lands Unsuitable for Mining programs. In his tenure, Mr. Knapp has conducted analyses relating to a variety of hydrologic topics, including: 1) the development of flood forecasting and reservoir operation procedures; 2) trends in flooding and streamflows; 3) statistical and regional analyses for low streamflow; 4) reservoir yield analysis and the hydrology of off-channel and impounding reservoirs; 6) the effect of instream flow requirements on water supply; and 7) the development of interactive personal computer models for use by planners in assessing impacts of water resource projects on streamflow.

**Publications**:

Wehrmann, H.A. and H.V. Knapp. 2006. Prioritizing Illinois Aquifers and Watersheds for Water Supply Planning. Illinois State Water Survey Informational/Educational Materials No. 2006-04 (I/EM 2006-04).

Winstanley, D. J.R. Angel, S.A. Changnon, H.V. Knapp, K.E. Kunkel, M.A. Palecki, R.W Scott, and H.A. Wehrmann. 2006. The Water Cycle and Water Budgets in Illinois: A Framework for Drought and Water Supply Planning. Illinois State Water Survey Informational/Educational Materials No. 2006-02 (I/EM 2006-02).

Westcott, N.E. and H.V. Knapp. 2006. *Evaluation of the Accuracy of Radar Precipitation for Use in Flow Forecasting for the Fox Chain of Lakes.* Illinois State Water Survey Contract Report 2006-05.

Winstanley, D., J.R. Angel, T.P. Bryant, H.V. Knapp, M.A. Palecki, A.M. Russell, and H.A. Wehrmann. 2006. *Drought Planning for Small Community Water Systems.* Illinois State Water Survey Contract Report 2006-01.

Knapp, H.V. 2005. *Analysis of Streamflow Trends in the Upper Midwest Using Long-Term Flow Records.* Proceedings of the 2005 Water and Environmental Resources Congress, American Society of Civil Engineers, May 15-19, 2005, Anchorage, AK.

Knapp, H.V., Y. Lian, J. Singh, H. Xie, and M. Demissie 2005. *Potential Effects of Climate Change and Variability on Surface Water Resources of the Upper Midwest.* Proceedings of the 2005 Water and Environmental Resources Congress, American Society of Civil Engineers, May 15-19, 2005, Anchorage, AK.

Westcott, N.E. and H.V. Knapp. 2005. Comparison of Precipitation Fields Estimated by Gage, Radar and Multiple Sensors (Gage and Radar) for SE Wisconsin and NE Illinois. Proceedings of the 15th Conference on Applied Climatology, 13th Symposium on Meteorological Observations and Instrumentation, American Meteorological Society, June 2005, Savannah, GA.

Singh, J., H.V. Knapp, J.G. Arnold, and M. Demissie. 2005. Hydrological Modeling of the Iroquois River Watershed Using HSPF and SWAT. *Journal of the American Water Resources Association* 41(2).

Crowder, D.W. and H.V. Knapp. 2005. Effective Discharge Recurrence Intervals of Illinois Streams. *Geomorphology* 64: 167-184.

Demissie, M., H.V. Knapp, and P.S. Parmar. 2004. Modeling the complex hydrology and hydraulics of the Lower Cache River. Proceedings of the World Water and Environmental Resources Congress, American Society of Civil Engineers, June 27 – July 1, 2004, Salt Lake City, UT, 10 p.

Knapp, H.V. and A.M. Russell. 2004. *Streamflow Frequency Assessment for Water Resource Evaluation.* Illinois State Water Survey Contract Report 2004-09.

Singh, J., H.V. Knapp, and M. Demissie. 2004. *Hydrologic Modeling of the Iroquois River Watershed Using HSPF and SWAT.* Illinois State Water Survey Contract Report 2004-08.

Knapp, H.V., J. Singh, and K. Andrew. 2004. *Hydrologic Modeling of Climate Scenarios for Two Illinois Watersheds.* Illinois State Water Survey Contract Report 2004-07.

Knapp, H.V. and A.M. Russell. 2004. *Rock River Streamflow Assessment Model.* Illinois State Water Survey Contract Report 2004-02.

Markus, M., H.V. Knapp, and G.D. Tasker. 2003. Entropy and Generalized Least Square Methods in Assessment of the Regional Value of Streamgages. *Journal of Hydrology* 283: 107-121.

Knapp, H.V. and M. Markus. 2003. *Evaluation of the Illinois Streamflow Gaging Network.* Illinois State Water Survey Contract Report 2003-05.

Singh, J., H.V. Knapp, J.G. Arnold, and M. Demissie. 2003. Hydrologic Modeling of the Iroquois River Watershed Using HSPF and SWAT. Agricultural Hydrology and Water Quality: Proceedings of the American Water Resources Association 2003 Spring Specialty Conference. Kansas City, MO, May 12-14, 2003.

Lian, Y., M. Demissie, and V. Knapp. 2003. *Flood Protection and Management for the Lower Illinois River System, Phase III: Real-Time Simulation of Floods with Managed LDD Storage Options.* Illinois State Water Survey Contract Report 2003-03.

Crowder, D.W. and H.V. Knapp. 2002. *Effective Discharges of Illinois Streams.* Illinois State Water Survey Contract Report 2002-10.

Knapp, H.V. and M.W. Myers. 2001. *Little Wabash River Streamflow Assessment Model: Hydrologic Analysis.* Illinois State Water Survey Contract Report 2001-14.

Demissie, M., H.V. Knapp, P. Parmar, and D.J. Kriesant. 2001. *Hydrology of the Big Creek Watershed and Its Influence on the Lower Cache River*. Illinois State Water Survey Contract Report 2001-06.

Demissie, M. and H.V. Knapp. 2001. History of Hydrologic and Hydraulic Changes of the Illinois River. Proceedings, 2001 Governor's Conference on the Management of the Illinois River System. Eighth Biennial Conference, October 2-4, 2001, Peoria, IL. Special Report No. 27, Illinois Water Resources Center, University of Illinois, Urbana-Champaign, IL.

McConkey, S.A. and H.V. Knapp. 2001. *Yield Assessment for Lake Vermilion, Vermilion County*. Illinois State Water Survey Contract Report 2001-04.

Markus, M., and H.V. Knapp. 2001. Evaluating the Regional Value of Streamgage Data in Illinois Using a New Entropy-Based Approach. Proceedings, 2001 World Water and Environmental Resources Congress, May 20 - 24, Orlando, Florida.

Demissie, M. and H.V. Knapp. 2000. Hydrology and Hydraulics of the Illinois River. Proceedings of the 2000 Joint Conference on Water Resources Planning and Management (R.H. Hotchkiss and M. Glade, eds.), Environmental and Water Resources Institute (EWRI) of the American Society of Civil Engineers, Reston, VA.

Borah, D.K., H.V. Knapp, R.K. Raman, S.D. Lin, and T.W.D. Soong. 1999. HEC-5Q Model Applied to a Lake System in Illinois for Water Quality Evaluations. *Water International* 24(3): 240-248.

Knapp, H.V. 1999. *Sangamon River Streamflow Assessment Model: 1999 Update to the Hydrologic Analysis*. Illinois State Water Survey Contract Report 650.

Knapp, H.V., and M.W. Myers. 1999. *Fox River Streamflow Assessment Model: 1999 Update to the Hydrologic Analysis*. Illinois State Water Survey Contract Report 649.

Demissie, M., Y. Guo, H.V. Knapp, and N.G. Bhowmik. 1999. The Illinois River Decision Support System (ILRDSS). Illinois State Water Survey Contract Report 648.

Demissie, M., R. Xia, and H.V. Knapp. 1999. Significance of Water-level Fluctuation Management in the Restoration of Large Rivers. Proceedings of the ASCE's 1999 International Water Resources Engineering Conference "Water Resources into the New Millennium: Past Accomplishments, New Challenges." August 7-12, 1999, Seattle, Washington.

Knapp, H.V. 1998. *Influence of Streamflow Forecasts and Hydrometeorological Conditions on Stratton Dam Operations*. Illinois State Water Survey Contract Report 635.

Knapp, H.V. 1998. Application of a Continuous Simulation Watershed Model for Near Real-Time Flow Forecasting and Dam Operations. In *Proceedings of the First Federal Interagency Hydrologic Modeling Conference: Bridging the Gap Between Technology and Implementation of Surface Water Quantity and Quality Models in the Next Century*, Las Vegas, NV, pp.6-25 to 6-32.

Knapp, H.V. 1998. *Operation Alternatives for the Springfield Water Supply System and Impacts on Drought Yield*. Illinois State Water Survey Contract Report 626.

Borah, D.K., R.K. Raman, S.D. Lin, H.V. Knapp, and T.W. Soong. 1997. *Water Quality Evaluations for Lake Springfield and Proposed Hunter Lake and Proposed Lick Creek Reservoir*. Illinois State Water Survey Contract Report 621.

Scott, R.W. and H.V. Knapp. 1996. *Guidelines for Supplemental Hydrological and Meteorological Database for the 1993 Midwestern Flood*. Illinois State Water Survey Miscellaneous Publication 178.

Demissie, M., L. Keefer, D. Borah, H.V. Knapp, S. Shaw, K. Nichols, and D. Mayer. 1996. *Watershed Monitoring and Land Use Evaluation for the Lake Decatur Watershed.* Illinois State Water Survey Miscellaneous Publication 169.

Singh, K.P., T.A. Butts, H.V. Knapp, D.B. Shackleford, and R.S. Larson. 1995. *Considerations in Water Use Planning for the Fox River.* Illinois State Water Survey Contract Report 586.

Demissie, M., V. Knapp, and A. Visocky. 1995. *A Century of Water Resources Research at the Illinois State Water Survey.* 1995 Governor's Conference on the Management of the Illinois River System, Proceedings from the Fifth Biennial Conference, October 10, 1995. University of Illinois Water Resources Center, Special Report No. 22.

Knapp, H.V. 1994. Hydrologic Trends in the Upper Mississippi River Basin. *Water International* 19(4): 199-206.

Knapp, H.V. 1994. Streamflow Conditions, Flooding, and Low Flows. In *The Changing Illinois Environment: Critical Trends, Volume 2: Water Resources.* Illinois Department of Energy and Natural Resources, Report ILENR/RE-EA-94/05(2), p. 113-144.

Knapp, H.V., K.J. Hlinka, R.D. Olson, and H.A. Wehrmann. 1994. Drought Impacts on Water Resources. In *The Changing Illinois Environment: Critical Trends, Volume 2: Water Resources.* Illinois Department of Energy and Natural Resources, Report ILENR/RE-EA-94/05(2), p. 85-100.

Hlinka, K.J., and H.V. Knapp. 1994. Water Supply and Use. In *The Changing Illinois Environment: Critical Trends, Volume 2: Water Resources.* Illinois Department of Energy and Natural Resources, Report ILENR/RE-EA-94/05(2), p. 101-111.

Knapp, H.V. 1994. Historical Trends in Flood Discharges on the Upper Mississippi River. In *Hydraulic Engineering '94*, Proceedings of the 1994 Conference of the Hydraulics Division, American Society of Civil Engineers, eds. G.V. Cotroneo and R.R. Rumer, p. 618-622.

Knapp, H.V. 1994. *Physical Setup and Historical Floods on the Upper Mississippi/Missouri River Systems.* Proceedings of the Governor's Workshop on the Great Flood of 1993. Illinois Department of Energy and Natural Resources, Report ILENR/RE-94/08, p. 1-5.

Bhowmik, N. (ed.), A.G. Buck, S.A. Changnon, R.H. Dalton, A. Durgunoglu, M. Demissie, A.R. Juhl, H.. Knapp, K.E. Kunkel, S.A. McConkey, R.W. Scott, K.P. Singh, T.W. Soong, R.E. Sparks, A.P. Visocky, D.R. Vonnahme, and W.M. Wendland. 1994. *The 1993 Flood on the Mississippi River in Illinois.* Illinois State Water Survey Miscellaneous Publication 151, Nani Bhowmik, ed.

Knapp, H.V., and T.W. Ortel. 1992. *Effect of Stratton Dam Operation on Flood Control Along the Fox River and Fox Chain of Lakes.* Illinois State Water Survey Contract Report 533.

Lamb, P.J. (ed.), J.A. Angel, G.M. Bender, A. Durgunoglu, S.E. Hollinger, D.M.A. Jones, H.V. Knapp, K.E. Kunkel, S.A. McConkey, D.H. Portis, G.S. Ramamurthy, R.W. Scott, R.G. Semonin, K.P. Singh, H.A. Wehrmann, and W.M. Wendland. 1992. *The 1988-1989 Drought in Illinois: Causes, Dimensions, and Impacts.* Illinois State Water Survey Research Report 121.

Knapp, H.V. 1992. *Kankakee River Basin Streamflow Assessment Model: Hydrologic Analysis.* Illinois State Water Survey Contract Report 541.

Mills, E.P., and H.V. Knapp. 1991. *The Illinois Streamflow Assessment Model, Version 3.2; User's Guide,* Illinois State Water Survey Miscellaneous Publication 132.

Knapp, H.V., T.W. Ortel, and R.S. Larson. 1991. *Hydrologic Modeling of the Fox River Watershed, Illinois*. Illinois State Water Survey Contract Report 518.

Knapp, H.V., A. Durgunoglu, and T.W. Ortel. 1991. *A Review of Rainfall-Runoff Modeling for Stormwater Management*. Illinois State Water Survey Contract Report 516.

Fitzpatrick, W.P. and H.V. Knapp. 1991. *Drought Yields of Lake Springfield and Hunter Lake*. Illinois State Water Survey Contract Report 515.

Knapp, H.V., A. Durgunoglu, and T.W. Ortel. 1991. *A Review of Rainfall-Runoff Modeling for Stormwater Management*. Proceedings of the AWRA 27th Annual Conference and Symposium, New Orleans, LA. pp. 387-388.

Knapp, H.V. 1990. *Kaskaskia River Basin Streamflow Assessment Model: Hydrologic Analysis*. Illinois State Water Survey Contract Report 499.

Mills, E.P., and H.V. Knapp. 1989. *The Illinois Streamflow Assessment Model, Version 3.0; User's Guide*, Illinois State Water Survey Miscellaneous Publication 116.

Singh, K.P., H.V. Knapp, G.S. Ramamurthy, and S.M. Broeren. 1989. *Water Resources for the SSC Site in Northeastern Illinois: Water Supply, Waste Disposal, Streamflow Variability, and Floodplain Delineation*. Illinois State Water Survey Contract Report 465.

Knapp, H.V., and A. Durgunoglu. 1989. *Modeling Variations in Soil Moisture and Streamflow Resulting from Climatic and Land Use Changes*. Proceedings, 1989 National Conference in Hydraulic Engineering, ed. Michael A. Ports, A.S.C.E., New York.

Knapp, H.V. 1988. *Fox River Basin Streamflow Assessment Model: Hydrologic Analysis*. Illinois State Water Survey Contract Report 454.

Knapp, H.V., A. Durgunoglu, and S.A. Changnon. 1988. Effects of Added Summer Rainfall on the Hydrologic Cycle of Midwestern Watersheds. *Journal of Weather Modification* 20(1):67-74.

Durgunoglu, A., H.V. Knapp, and S. Changnon, Jr. 1988. *PACE Watershed Model (PWM): Volume 2, Weather Modification Simulations*. Illinois State Water Survey Contract Report 439.

Terstriep, M.L., W.M. Wendland, and H.V. Knapp. 1988. *Measurement of Precipitation, Infiltration, and Flow in Urban Catchments*. Proceedings, Bilateral Seminar on Urban Drainage, Cagliari, Italy, July.

Knapp, H.V. 1987. *Interactive Modeling for Evaluation of Future Water Supply in Illinois*. Proceedings, AWRA Annual Conference-Illinois Section, Champaign, IL.

Durgunoglu, A., H.V. Knapp, and S.Changnon. 1987. *PACE Watershed Model (PWM): Volume 1, Model Development*. Illinois State Water Survey Contract Report 437.

Durgunoglu, A., and H.V. Knapp. 1986. Development of a Watershed Model. In *Precipitation Augmentation for Crop Experiment*, Illinois State Water Survey Contract Report 404, pp. 3-1 to 3-12.

Knapp, H.V. 1986. Book Review: Hydrological Forecasting. *Bulletin of the American Meteorological Society* 67: 1515.

Yu, Y.S., and H.V. Knapp. 1985. Weekly, Monthly, and Annual Evaporation for Elk City Lake. *Journal of Hydrology* 80:93-110.

Knapp H.V., M.L. Terstriep, K.P. Singh, and D.C. Noel. 1985. *Sangamon River Basin Streamflow Assessment Model: Hydrologic Analysis.* Illinois State Water Survey Contract Report 368.

Knapp H.V. and K.P. Singh. 1985. *A Review of State Policies for Streamwater Allocations and Protected Flow.* Illinois State Water Survey Contract Report 362.

Knapp, H.V., 1985. Evapotranspiration. In *Handbook of Applied Meteorology*, David D. Houghton, ed., John Wiley and Sons, New York, p. 537-554.

Knapp, H.V., D.C. Noel, M.L. Terstriep, and K.P. Singh. 1985. *Streamflow Assessment Model for the Sangamon River Basin in Illinois: User's Manual.* Illinois State Water Survey Contract Report 358.

Knapp, H. V., Y.S. Yu, and E.C. Pogge. 1984. Monthly Evaporation for Milford Lake in Kansas. *Journal of the Irrigation and Drainage Division* 110.

Knapp, H.V., Y.S. Yu, and E.C. Pogge. 1983. *Evaporation Time Series for Milford Lake in Kansas.* Proceedings of the International Symposium of Hydrometeorology, A. Ivan Johnson and Robert A. Clark, eds., American Water Resources Association, Bethesda, Md.

Terstriep, M.L., M. Demissie, D.C. Noel, and H.V. Knapp. 1982. *Hydrologic Design of Impounding Reservoirs in Illinois.* Illinois State Water Survey Bulletin 67.

Knapp, H.V. 1982. *Hydrologic Design of Side-Channel Reservoirs in Illinois.* Illinois State Water Survey Bulletin 66.

Changnon, S.A., Jr., G.L. Achtemeier, S.D. Hilberg, H.V. Knapp, R.D. Olson, W.J. Roberts, and P.G. Vinzani. 1982. *The 1980-1981 Drought in Illinois: Causes, Dimensions, and Impact.* Illinois State Water Survey Report of Investigation 102.

Knapp, H.V. and M.L. Terstriep. 1981. *Effects of Basin Rainfall Estimates on Dam Safety Design in Illinois.* Illinois State Water Survey Contract Report 253.

Yu, Y.S., E.C. Pogge, C.T. Field, H.V. Knapp, and S. Esmaeil-Beik. 1980. *A Study of Low Flow Operation of Milford and Elk City Lakes in Kansas.* Kansas Water Resources Research Institute, Contribution 217.

**Papers Presented at Technical Meetings, Conferences, and Workshops:**

Knapp, H.V. 2005. *Analysis of Streamflow Trends in the Upper Midwest Using Long-Term Flow Records.* 2005 Water and Environmental Resources Congress, American Society of Civil Engineers, May 15-19, 2005, Anchorage, AK.

Knapp, H.V., Y. Lian, J. Singh, H. Xie, and M. Demissie 2005. *Potential Effects of Climate Change and Variability on Surface Water Resources of the Upper Midwest.* 2005 Water and Environmental Resources Congress, American Society of Civil Engineers, May 15-19, 2005, Anchorage, AK.

Knapp, H.V. 2005. *Surface Water Supply Planning Issues in the Southern Lake Michigan Region.* Straddling the Divide: Water Supply Planning in the Lake Michigan Region, Chicago, IL, February 15-16, 2005. Invited Speaker.

Knapp, H.V. 2004. *Surface Water Availability and Adequacy of Supply in Illinois.* Illinois Water 2004 Conference, Urbana, IL, October 13-14, 2004.

Singh, J., H.V. Knapp, Y. Lian and M. Demissie. 2003. *The Illinois River Basin Hydrologic Model.* Governor's Conference on the Management of the Illinois River System, Peoria, IL, October 7-9, 2003.

Singh, J., H.V. Knapp, J.G. Arnold, and M. Demissie. 2003. *Hydrologic Modeling of the Iroquois River Watershed Using HSPF and SWAT.* Agricultural Hydrology and Water Quality: Proceedings of the American Water Resources Association 2003 Spring Specialty Conference. Kansas City, MO, May 12-14, 2003.

Knapp, H.V. 2002. *Quality and Availability of Surface Water from the Fox River.* Making it Work! A Workshop on Planning for as Sustainable Water Supply in Kane County. Kane County Development Department. Geneva, IL, March 20, 2002. Invited Speaker.

Crowder, D.W., M. Markus, and H.V. Knapp. 2002. *The Role of Sampling Frequency and Duration in Computing Effective Discharge with Stream Gaging Data.* Illinois Water Resources Center's Water 2002 Conference, Champaign, IL, November 6-7.

Crowder, D.W., and H.V. Knapp. 2002. "Using Suspended Sediment Samples to Compute the Effective Discharges of Illinois Streams." Presentation, *132nd Annual Meeting of the American Fisheries Society (Bioengineering Symposium)*, Baltimore MD, August 18th - 22nd.

Markus, M. and H.V. Knapp. 2001. *Evaluating the Regional Value of Streamgage Data in Illinois Using a New Entropy-Based Approach.* 2001 World Water and Environmental Congress, Orlando, FL.

Knapp, H.V., E. Mehnert, and R.J. Rice. 2000. *Distribution of Illinois Aquifers and Surface Water Supplies.* Illinois Water Supplies: Is the Well Running Dry? Governor's Conference at Chicago, IL. Invited Speaker.

Knapp, H.V. and W.R. Rice. 1998. *Application of a Continuous Simulation Watershed Model for Near Real-Time Flow Forecasting and Dam Operations*, presented at the First Federal Interagency Hydrologic Modeling Conference, Las Vegas, NV.

Knapp, H.V. 1995. *Keeping Water Flowing from Our Taps: A History of Drought and Public Water Supply in Illinois*, presented at the Illinois State Water Survey Centennial Symposia. Invited Speaker.

Knapp, H.V. 1994. *Historical Trends in Flood Discharges on the Upper Mississippi River.* Hydraulic Engineering '94: Proceedings of the 1994 Conference of the Hydraulics Division, American Society of Civil Engineers, p. 618-622.

Knapp, H.V. 1994. *Physical Setup and Historical Floods on the Upper Mississippi/Missouri River Systems*, presented at Governor's Workshop on the Great Flood of 1993. Invited Speaker.

Knapp, H.V., and A. Durgunoglu. 1993. *Evaluating Impacts of Climate Change on Midwestern Watersheds*, presented at the Hydroclimatology Conference of the American Meteorological Society 1993 Annual Meeting, Anaheim, CA.

Knapp, H.V., A. Durgunoglu, and T.W. Ortel. 1991. *A Review of Rainfall-Runoff Modeling for Stormwater Management*, presented at the 27th Annual AWRA Conference, New Orleans, LA.

Knapp, H.V., and T.W. Ortel. 1991. *Simulation of the McHenry Dam Operation at the Fox Chain of Lakes*, presented at the AWRA Annual Conference - Illinois Section, Peoria, IL.

Knapp, H.V, and A. Durgunoglu, *Modeling Variations in Soil Moisture and Streamflow Resulting from Climatic and Land Use Changes*, presented at the National Conference on Hydraulic Engineering, New Orleans, 1989.

Knapp, H.V., *Interactive Modeling for Evaluation of Future Water Supply in Illinois*, presented at the AWRA Annual Conference - Illinois Section, Champaign, IL, 1987.

Knapp, H.V., *Evaluating Future Water Supply for the Fox River, Illinois*, presented at the ASCE Water Resources Planning and Management Annual Conference, Kansas City, 1987.

Knapp, H.V., K.P. Singh, and M.L. Terstriep, 1984. *Basinwide Water Assessment and Management*, presented at the American Water Resources Association Twentieth Annual Conference, Washington, D.C.

Knapp, H.V., and M.L. Terstriep, 1984. *Disaggregation Analysis of Low Streamflow*, presented at the American Geophysical Spring Meeting, Cincinnati.

Knapp, H.V., Y.S. Yu, and E.C. Pogge, 1982. *Evaporation Time Series Analysis of Milford Lake in Kansas*, presented at the International Symposium on Hydrometeorology, Denver.