E-FILED
Thursday, 18 January, 2007  04:51:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 06-30002 |
| v. | ) | |
| | ) | |
| GERALD LIPPOLD, CURRY READY MIX | ) | |
| & BUILDERS SUPPLY, INC., CURRY ICE | ) | |
| & COAL OF SPRINGFIELD, INC., and | ) | |
| LIPPOLD & ARNETT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S MOTION TO DISMISS**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss, without prejudice, the charge against Curry Ready Mix & Builders Supply, Inc., Curry Ice & Coal of Springfield, Inc., and Lippold & Arnett, Inc., in this case.

In support of this motion the government states that it has reached a negotiated settlement with these three corporate defendants. As part of that agreement, the government has agreed to allow a separate corporation, Curry Office Supply, Inc., to plead guilty to a charge brought in a separate information in cause number 07-3002. Curry Office Supply, Inc., is a corporation that is closely associated with the three corporate defendants charged in this case. In the plea agreement with Curry Office Supply, Inc., the government agreed to dismiss the charge against the three corporate defendants in this case.

Also, the three corporate defendants in this case have agreed to cooperate with the government in the prosecution of Gerald Lippold, the remaining defendant in this case.

Wherefore, the United States of America moves this Court to dismiss, without prejudice, the charges against Curry Ready Mix & Builders Supply, Inc., Curry Ice & Coal of Springfield, Inc., and Lippold & Arnett, Inc., in this case.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

# CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Tom Schanzle-Haskins
      Claire A. Manning
      Brown, Hay & Stephens
      205 South Fifth Street, Suite 700
      Springfield, IL 62705-2459

      Charles J. Northrup
      Todd M. Turner
      Sorling, Northrup, Hanna, Cullen & Cochran
      Suite 800 Illinois Building
      607 East Adams Street
      Springfield, IL 62705

      Jon G. Noll
      Noll Law Office
      802 South Second Street
      Springfield, IL 62704

      s/ Patrick J. Chesley

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 06-30002 |
| v. | ) | |
| | ) | |
| GERALD LIPPOLD, CURRY READY MIX | ) | |
| & BUILDERS SUPPLY, INC., CURRY ICE | ) | |
| & COAL OF SPRINGFIELD, INC., and | ) | |
| LIPPOLD & ARNETT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court has considered the United States of America's Motion to Dismiss, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the charge against Curry Ready Mix & Builders Supply, Inc., Curry Ice & Coal of Springfield, Inc., and Lippold & Arnett, Inc. The Court finds that the government has provided a sufficient basis to support the motion and that such dismissal should be without prejudice.

IT IS THEREFORE ORDERED that the charge against Curry Ready Mix & Builders Supply, Inc., Curry Ice & Coal of Springfield, Inc., and Lippold & Arnett, Inc., is dismissed as to these three corporate defendants without prejudice.

Entered: January ___, 2007

_____
Jeanne E. Scott
United States District Judge