E-FILED
Tuesday, 31 July, 2007  04:36:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:06-CR-30002-JES |
| GERALD LIPPOLD, | ) |
| CURRY READY MIX & BUILDERS' | ) |
| SUPPLY, INC., CURRY ICE & COAL | ) |
| OF SPRINGFIELD, INC., and LIPPOLD & | ) |
| ARNETT, INC. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE EXPERT WITNESS DISCLOSURES

**NOW COMES** Defendant Gerald Lippold (hereinafter "Lippold"), by and through his attorneys Brown, Hay & Stephens, LLP, and Tom Schanzle-Haskins and Claire A. Manning, and moves to allow him additional time to file his non-*Rapanos* expert witness disclosure. In support of this Motion the Defendant states the following:

1. On March 30, 2007, the U.S. Government filed a Motion to Set Deadline for Disclosure of Defendant's Expert Witnesses' Testimony.

2. On April 24, 2007 the Court, by Text Order, set a deadline for the Defendant to disclose his non-*Rapanos* witnesses by July 2, 2007, and his *Rapanos* witnesses by July 31, 2007.

3. On July 2, 2007, Defendant requested an additional thirty (30) days to make such disclosures, specifically requesting that the deadline for the disclosure of non-*Rapanos* expert witnesses be July 31, 2007 and *Rapanos* expert witnesses be August 31, 2007.

4. On July 5, 2007, the Court, by Order, approved Defendant's July 2, 2007 Motion and set a deadline to disclose Defendant's non-*Rapanos* expert witnesses by July 31, 2007 and his *Rapanos* expert witnesses by August 31, 2007.

5.  Defendant requests an additional thirty (30) days to disclose his non-*Rapanos* expert witnesses, thereby extending the disclosure deadline from July 31, 2007 to August 31, 2007.  In short, Defendant respectfully requests that the deadline for disclosing both *Rapanos* and non-*Rapanos* witnesses be set for August 31, 2007.  Such simultaneous disclosure does not prejudice any of the parties and will better effectuate preparation of this case for trial.

6.  Counsel for Defendant has contacted Assistant United States Attorney Patrick Chesley who has indicated that the Government does not oppose this Motion.

**WHEREFORE,** Defendant Lippold, by and through his counsel respectfully requests that the Court set a deadline for disclosure of Defendant's expert witnesses for August 31, 2007 for both *Rapanos* expert witnesses and non-*Raponos* expert witnesses.  Counsel does not anticipate such motion impacting the November 19, 2007 date currently scheduled for the Pre-Trial Conference or the Trial, which is scheduled to begin December 3, 2007.

Respectfully submitted,

**GERALD P. LIPPOLD,**
**Defendant**

By: /s/    Claire A. Manning
Tom Schanzle-Haskins, Registration No. 02473534
Claire A. Manning, Registration No. 3124724
Attorneys for the Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone:  (217) 544-8491
Facsimile:  (217) 544-9609
cmanning@bhslaw.com

# CERTIFICATE OF SERVICE

    I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patrick J. Chesley
U.S. Attorney
318 S. Sixth Street
Springfield, IL 62701-1806
pat.chesley@usdoj.gov.

Charles J. Northrup
Sorling, Northrup, Hanna, Cullen & Cochran
800 Illinois Building
607 E. Adams Street
Springfield, IL 62705
cnorthrup@sorlinglaw.com

Jon Gray Noll
Noll Law Office
802 S. Second Street
Springfield, IL 62704
noll@noll-law.com

By: /s/    Claire A. Manning
Tom Schanzle-Haskins, Registration No. 02473534
Claire A. Manning, Registration No. 3124724
Attorneys for the Defendant
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
P.O. Box 2459
Springfield, IL  62705-2459
Telephone:  (217) 544-8491
Facsimile:  (217) 544-9609
cmanning@bhslaw.com