12/18/07

Judge Jeanne E. Scott
S District Court
Suite 319
Springfield, IL

RECEIVED
DEC 20 2007
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

Dear Judge Scott:

My name is Ronald D Releford Jr. When the article came out in the paper that Gerald Lippold plead guilty, because I and others feel that information given to Pat Cheasley and the attorney for Gerald Lippold is not being passed on, I feel that this case would not be ongoing and I felt you should be aware of some information regarding this case.

I myself talked to Quinton Drew and he told me this mother-in-law, Cindy Wolff, worked for the EPA enforcement team and that a report came across her desk, she then encouraged Quinton to cover his involvement with his job at Curry's. Quinton told me he changed a ditch to flow water through a pipe to put blame on Curry and Lippold by diverting water to a creek.

I was personally working with Lippold building 2 new houses in Carlinville and establishing a new subdivision when this had taken place. So I know that he could not have been two places at once.

If you have any questions or need to speak to me, please feel free to call me at 217-415-3315.

Sincerely,

Ronald D. Releford Jr.