E-FILED
Wednesday, 02 January, 2008  02:29:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Number 06-30002 |
| GERALD LIPPOLD, | ) ) ) | |
| Defendant. | ) ) | |

**GOVERNMENT'S MOTION TO STRIKE**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, moves the Court to strike the letter received from Ronald D. Releford, Jr.  In support of this motion the government states as follows:

1. It appears that the Court received a letter from Ronald D. Releford, Jr., on December 20, 2007.  At the Court's direction, the Clerk of the Court filed such letter on December 21, 2007, and mailed copies of it to the parties.  See docket entry #96.

2. Mr. Releford is not a party in this case nor is his letter signed by defendant Lippold's counsel.  Local Rule 12.1(B) requires that "all written pleading, motions and other papers in a criminal case filed in this district shall be signed by the attorney of record . . . ."  Mr. Releford's letter fails to comply with this requirement.

3. Moreover, Mr. Releford's letter serves no relevant purpose in this case.  His letter casts aspersions against a potential government witness.  The letter implies that if the facts as known by Mr. Releford were told, then Mr. Lippold would not be guilty because he was in

Carlinville building houses at the time of the offense. However, the issue of defendant Lippold's guilt has already been determined. He plead guilty on November 13, 2007, and admitted he was guilty. "A guilty plea admits, in legal effect, the facts as charged." *United States v. Loutos*, 383 F.3d 615, 619 (7th Cir. 2004)(quoting, *United States v. Rietzke*, 279 F.3d 541, 545 (7th Cir. 2002).

4. Therefore, since Mr. Releford's letter fails to comply with the Local Rules and serves no purpose other than an attempted character attack, it should be stricken.

WHEREFORE, the government moves this Court to Strike Mr. Releford's letter filed as docket entry #96.


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Patrick J. Chesley_
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Tom Schanzle-Haskins
      Claire Manning
      Attorneys at Law
      One West Old Capitol Plaza
      Suite 600
      P.O. Box 2117
      Springfield, IL 62705

      s/ Patrick J. Chesley
      Patrick J. Chesley 0434841
      Assistant United States Attorney
      United States Attorney's Office
      318 South Sixth Street
      Springfield, IL 62701
      Telephone: (217) 492-4450
      Fax: (217) 492-4044
      E-mail: pat.chesley@usdoj.gov