E-FILED
Friday, 04 January, 2008  04:13:12 PM
Clerk, U.S. District Court, ILCD

January 1, 2008

Judge Jeannie E. Scott
50 District Court
600 E. Monroe, Ste. 319
Springfield, IL  62701

RE:  CASE # 3:06-CR-3002JES-BGC-ALL

Dear Judge Scott,

I am writing to you in reference to the above-numbered case, in hopes that you will review the following information before the date of sentencing.  I want to give you information which I feel you need to clear this matter up fairly.

Quentin Drew did testify on this case.  And he told me that he was in charge of this project and that he had excavation pictures of the Curry/Lippold & Arnett project site in Springfield.  During this conversation with him, he also said that his mother-in-law, Cindy Wolf (who works for the enforcement department of the EPA), warned him "to cover his own butt because someone was in trouble."  I hope someone did check his background before considering him to be a credible witness.  Please review his testimony.

I was present when the dirt was hauled out of the site, which is probably why the two young men from the EPA came by my office to talk to me.  Then I realized that they had the project very confused.  After their visit, I went to Springfield to the lawyers office and tried to correct the story.

I have worked with Mr. Lippold for over 40 years.  I know he is a very hard worker.  In fact, that is an understatement.  During these years, I learned that if someone could not get along with Jerry, they were either lazy or not very punctual; these two things he would not put up with at all.  This man will get in the trench and work with anyone, doing twice as much as the person working along side him.  If anyone gives him 40%, he will in turn give 60%.

I do not understand how all this turned to him individually.  Mr. Lippold was working under the jurisdiction of the Curry Co., Inc.  I know the Curry operation since I myself worked for them 12 years.  I personally feel that often "everyone is at fault except them."  During the time I was employed with Curry, they held a managers meeting on Friday mornings.  At each meeting we discussed what went on during the week and what should happen the next week.  Everyone knew exactly what was going on.

I am saying that I don't feel Mr. Lippold should be singled out in this case and I have talked to several other people who feel the same way.

Several hundred tons of CWLP ash from the Dallman plant in Springfield have been hauled to various locations in and around the City of Springfield over the past 20 years with no permits or problems to my knowledge. I do believe that CWLP may have had a problem for a long time, as noted most recently in an article in The State-Journal Register of which I have enclosed a copy.

Please let me know if I can be of any further help in clearing this case from the courts.

Thank you for your attention to my concerns.

Sincerely yours,

*James Brown*

James Brown
13514 Chesterfield road
Medora, IL  62063

## What is boron?

Boron is a nonmetallic chemical element occurring only in combination, as with sodium and oxygen in borax, and produced in the form of either a brown amorphous powder or very hard, brilliant crystals. It's found naturally in the oceans, rocks, soils and plants (food sources of boron include green vegetables, fruit and nuts). Its compounds are used in the preparation of boric acid, water softeners, soaps, enamels, glass, pottery, etc.

**By CHRIS WETTERICH**
STAFF WRITER

When City Water, Light and Power installed a selective catalyst reduction system in 2003 to slash the levels of nitric oxide emitted by its coal-fired generators, it solved one environmental problem but created another, potentially expensive one.

When the a selective catalyst reduction system, or SCR, is operating, the level of boron in its wastewater discharge increases to a level beyond even the special, higher limits allowed for CWLP by the Illinois Environmental Protection Agency.

The city-owned utility has had to monitor its boron discharges since the 1980s, according to Bill Murray, CWLP's regulatory affairs manager. The power plant currently discharges water into ash ponds north of Spaulding Dam as a part of the SCR process. Water from those ponds flows into streams that empty into the Sangamon River.

CWLP already had a problem with excess boron discharge stemming from its combustion process.

In the early 1990s, the Illinois Pollution Control Board allowed the city to discharge more than the state standard

See **CWLP** on page 4

## CWLP

■ From page 1

of up to 1 milligram of boron per liter of water into the streams. The adjusted standard allows CWLP to initially discharge as much as 11 milligrams of boron per liter of water into one of the streams. The level must fall to no more than 2 milligrams as the stream empties into the river.

Illinois has a boron water quality standard because plants can be harmed if they are irrigated with water containing too much of the naturally occurring, nonmetallic chemical element, said Bob Mosher, a manager of the water quality standards division with the IEPA.

"In Florida, somebody irrigated an orange grove with water discharged from a coal-fired plant, and it harmed an orange tree. This was known back in the 1960s," Mosher said.

Generally, Illinois farmers do not irrigate with water from rivers, but high levels of boron can be harmful in drinking water, Mosher said.

"It's kind of debatable," Mosher said of the need for the standard. "But that is the standard, and we do have to deal with it."

When CWLP started operating the SCRs in 2003, it found it was discharging more boron than allowed under the modified standard, sometimes more than 20 milligrams per liter of water. The IEPA determined the city was in violation of its permit and ordered CWLP to solve the problem.

The problem is a unique one for utilities, Murray said.

"This was pretty much new to us," he said. "We had both SCRs and scrubbers (which remove sulfur dioxide). There weren't a whole lot of places in the country with that and that had a boron problem before.

"We've spent a lot of time and money trying to identify or create (a solution). One of my staff people likes to say that to clean something up, you really got to get something dirty."

When CWLP's Dallman 4 power plant starts operating in 2010, even more boron will be discharged, which makes finding a remedy all the more critical.

After three years of working on a solution, including several dead ends, CWLP has come up with something it hopes will work. But it will need help from the Springfield Metro Sanitary District and the Pollution Control Board.

The utility had sent its discharge to the sanitary district's Sugar Creek plant, but the chemicals and solids in it were harmful to the treatment system, Murray said. That's why the water has been discharged into CWLP's ash ponds.

So the city plans to build a facility to pre-treat the discharge to remove solids and other chemicals that wreak havoc on the sanitary district's treatment system, then send it there via a yet-to-be-built pipeline. The district has been receptive to the plan, Murray said.

But first, the city and the sanitary district must get a permit from the Pollution Control Board so that the sanitary district's discharge can have a higher boron content than the state standard.

The city is still calculating what that will be in the worst possible drought, when there is less water to dilute the boron. The best estimate so far is 4.5 milligrams of boron per liter of water as it flows into the Sangamon, said the IEPA's Mosher.

"Normally they'll never get anywhere near that," Mosher said. "All our standards are geared to look at drought."

In recent history, the board has considered eight or nine similar requests and granted every one, Mosher said. CWLP may be a good candidate because nobody irrigates crops from the Sangamon, and there is "not another public water supply until you get to the Mississippi River, so that's not an issue."

"If you can tell the board there aren't any farmers irrigating crops or public water supplies, the board says, 'Fine, we'll give you the relief.' It's really nothing new or extraordinary. If the board doesn't grant them that relief, that will put them in a very difficult position."

In that case, Murray said, "We would have to work with them to come up with a new compliance alternative. I can't tell you what that would be. Our case is that there is no other technical or economically feasible solution."

The project's total cost, including for the pipeline, is unknown, as is how the utility will pay for it, Murray said. The city has hired two contractors, and aldermen have authorized $10 million so far for the pre-treatment facility, Murray said. There also has been more than $1 million in costs for engineering.

Even if sending the selective catalyst reduction discharge to the sanitary district and a higher boron level are not approved, there are potential alternatives, all of which will be aided by pre-treating the discharge, said chief utilities engineer Jay Bartlett, so building the pre-treatment facility will not be a waste.

"We're mandated to fix it. When we got to places where we believed it was too expensive and not in our public's interest ... we've gone back to the EPA, and the EPA's been cooperative in helping us find alternatives because they also know this is not certain in terms of technology," Bartlett said.

CWLP seems like it's on the right track, Bartlett said, but at a recent city council utilities committee meeting, he warned aldermen perplexed by the repeated requests for money for the project that there are no guaranteed solutions because of the problem's complexity.

"I understand your frustration with this project because you'd like to see a degree of certainty," Bartlett told them. "It's a degree of certainty we just don't have."

*Chris Wetterich can be reached at 788-1523 or chris.wetterich@sj-r.com.*