

JAN - 8 2008

JEANNE E. SCOTT
U.S. DISTRICT JUDGE
IN CHAMBERS
SPRINGFIELD, IL

January 3, 2008

Elizabeth D. Stewart
17833 Ridge Drive
Carlinville, IL 62626

Hon. Jeanne E. Scott
United States District Judge
319 U.S. Courthouse
600 E Monroe Street
Springfield, IL 62701

Re: Gerald P. Lippold

The Hon. Judge Scott:

My name is Elizabeth D. (Lippold) Stewart. I am the eldest daughter of Gerald P. Lippold. I am writing you to voice some of my concerns regarding the charges against my father. Thank you in advance for taking the time to read this letter.

Since my father's initial indictment, I have followed this case through newspaper articles and through talking with my father. At different times, I have questioned my father about several things that have caught my attention. Several of my questions have been left unanswered, and I am now posing them to you for your consideration. I have also attached a copy of a recent newspaper article for your reference. My unanswered questions are as follows:

- Why is Gerald Lippold, an individual citizen, being prosecuted to a higher extent than Curry's, the owner of the property and the contract holder, was prosecuted for this same instance? My father was not and is not an agent of Curry Companies, and has never held any sort of role with any authority with Curry Companies.

- Why has the City of Springfield never been held accountable for its part in the dumping of the ash on Curry property, this is the same ash referred to in the newspaper article I have attached? Gerald Lippold is being charged for not obtaining the proper permits for the dumping of the ash and water removal when he couldn't have obtained the permits because Curry owned the property, and he was not an agent of Curry.

- What has been Cindy Wolfe's role in this investigation since she works for the EPA enforcement department, and her son-in-law was involved with the ash dumping and water removal? And, why was a deal offered to Quentin Drew by the prosecutor, but no other Curry employees have been offered a deal?

After all of this time has passed, and after all of the money my father has spent on his defense, he was advised by his attorneys to plead guilty, and accept his sentencing. This is the only reason he plead guilty to these charges. He has fought with his lawyers over their lack of concern with investigating further into Ms. Wolfe's connection with all of this and also the City of Springfield not being held responsible for their part. I feel that my father and our family have endured years of embarrassment over an issue that he had no control over. My father has a strong reputation of doing things correct and efficient. Curry's knew that he would be involved in building his new subdivision and two houses during this time. My father is not, nor has ever been, guilty of any crime.

Thank you again for your time and consideration. I feel very strongly that my father is being wrongly prosecuted, and I hope that you will feel that way also after considering the questions I posed above.

Sincerely,

*Elizabeth D. Stewart*

Elizabeth D. Stewart

# CWLP slashes one pollutant, adds to another

**By CHRIS WETTERICH**
STAFF WRITER

When City Water, Light and Power installed a selective catalyst reduction system in 2003 to slash the levels of nitric oxide emitted by its coal-fired generators, it solved one environmental problem but created another, potentially expensive one.

When the a selective catalyst reduction system, or SCR, is operating, the level of boron in its wastewater discharge increases to a level beyond even the special, higher limits allowed for CWLP by the Illinois Environmental Protection Agency.

The city-owned utility has had to monitor its boron discharges since the 1980s, according to Bill Murray, CWLP's regulatory affairs manager. The power plant currently discharges water into ash ponds north of Spaulding Dam as a part of the SCR process. Water from those ponds flows into streams that empty into the Sangamon River.

CWLP already had a problem with excess boron discharge stemming from its combustion process.

In the early 1990s, the Illinois Pollution Control Board allowed the city to discharge more than the state standard

See **CWLP** on page 4

## CWLP
### From page 1

of up to 1 milligram of boron per liter of water into the streams. The adjusted standard allows CWLP to initially discharge as much as 11 milligrams of boron per liter of water into one of the streams. The level must fall to no more than 2 milligrams as the stream empties into the river.

Illinois has a boron water quality standard because plants can be harmed if they are irrigated with water containing too much of the naturally occurring, nonmetallic chemical element, said Bob Mosher, a manager of the water quality standards division with the IEPA.

"In Florida, somebody irrigated an orange grove with water discharged from a coal-fired plant, and it harmed an orange tree. This was known back in the 1960s," Mosher said.

Generally, Illinois farmers do not irrigate with water from rivers, but high levels of boron can be harmful in drinking water, Mosher said.

"It's kind of debatable," Mosher said of the need for the standard. "But that is the standard, and we do have to deal with it."

When CWLP started operating the SCRs in 2003, it found it was discharging more boron than allowed under the modified standard, sometimes more than 20 milligrams per liter of water. The IEPA determined the city was in violation of its permit and ordered CWLP to solve the problem.

The problem is a unique one for utilities, Murray said.

"This was pretty much new to us," he said. "We had both SCRs and scrubbers (which remove sulfur dioxide). There weren't a whole lot of places in the country with that and that had a boron problem before.

"We've spent a lot of time and money trying to identify or create (a solution). One of my people likes to say that to clean something up, you really got to get something dirty."

When CWLP's Dallman 4 power plant starts operating in 2010, even more boron will be discharged, which makes finding a remedy all the more critical.

After three years of working on a solution, including several dead ends, CWLP has come up with something it hopes will work. But it will need help from the Springfield Metro Sanitary District and the Pollution Control Board.

The utility had sent its discharge to the sanitary district's Sugar Creek plant, but the chemicals and solids in it were harmful to the treatment system, Murray said. That's why the water has been discharged into CWLP's ash ponds.

So the city plans to build a facility to pre-treat the discharge to remove solids and other chemicals that wreak havoc on the sanitary district's treatment system, then send it there via a yet-to-be-built pipeline. The district has been receptive to the plan, Murray said.

But first, the city and the sanitary district must get a permit from the Pollution Control Board so that the sanitary district's discharge can have a higher boron content than the state standard.

The city is still calculating what that will be in the worst possible drought, when there is less water to dilute the boron. The best estimate so far is 4.5 milligrams of boron per liter of water as it flows into the Sangamon, said the IEPA's Mosher.

"Normally they'll never get anywhere near that," Mosher said. "All our standards are geared to look at drought."

In recent history, the board has considered eight or nine similar requests and granted every one, Mosher said. CWLP may be a good candidate because nobody irrigates crops from the Sangamon, and there is "not another public water supply until you get to the Mississippi River, so that's not an issue."

"If you can tell the board there aren't any farmers irrigating crops or public water supplies, the board says, 'Fine, we'll give you the relief.' It's really nothing new or extraordinary. If the board doesn't grant them that relief, that will put them in a very difficult position."

In that case, Murray said, "We would have to work with them to come up with a new compliance alternative. I can't tell you what that would be. Our case is that there is no other technical or economically feasible solution."

The project's total cost, including for the pipeline, is unknown, as is how the utility will pay for it, Murray said. The city has hired two contractors, and aldermen have authorized $10 million so far for the pre-treatment facility, Murray said. There also has been more than $1 million in costs for engineering.

Even if sending the selective catalyst reduction discharge to the sanitary district and a higher boron level are not approved, there are potential alternatives, all of which will be aided by pre-treating the discharge, said chief utilities engineer Jay Bartlett, so building the pre-treatment facility will not be a waste.

"We're mandated to fix it. When we got to places where we believed it was too expensive and not in our public's interest ... we've gone back to the EPA, and the EPA's been cooperative in helping us find alternatives because they also know this is not certain in terms of technology," Bartlett said.

CWLP seems like it's on the right track, Bartlett said, but at a recent city council utilities committee meeting, he warned aldermen perplexed by the repeated requests for money for the project that there are no guaranteed solutions because of the problem's complexity.

"I understand your frustration with this project because you'd like to see a degree of certainty," Bartlett told them. "It's a degree of certainty we just don't have."

*Chris Wetterich can be reached at 788-1523 or chris.wetterich@sjr.com.*

---

## What is boron?

Boron is a nonmetallic chemical element occurring only in combination, as with sodium and oxygen in borax, and produced in the form of either a brown amorphous powder or very hard, brilliant crystals. It's found naturally in the oceans, rocks, soils and plants (food sources of boron include green vegetables, fruit and nuts). Its compounds are used in the preparation of boric acid, water softeners, soaps, enamels, glass, pottery, etc.