E-FILED
Wednesday, 16 January, 2008  04:05:05 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Number 06-30002 |
| | ) | |
| GERALD LIPPOLD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO STRIKE**

The United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patrick J. Chesley, Assistant United States Attorney, moves the Court to strike the letter received from Elizabeth Stewart.  In support of this motion the government states as follows:

1.  It appears that the Court received a letter from Elizabeth Stewart, on January 8, 2008.  At the Court's direction, the Clerk of the Court filed such letter on January 11, 2008.  See docket entry #100.

2.  Ms. Stewart is not a party in this case nor is her letter signed by defendant Lippold's counsel.  Local Rule 12.1(B) requires that "all written pleading, motions and other papers in a criminal case filed in this district shall be signed by the attorney of record . . . ."  Ms. Stewart's letter fails to comply with this requirement.

3.  Moreover, Ms. Stewart's letter serves no relevant purpose in this case.  Her letter proclaims the innocence of defendant Lippold her father.  However, the issue of defendant Lippold's guilt has already been determined.  He plead guilty on November 13, 2007, and

-1-

admitted he was guilty. "A guilty plea admits, in legal effect, the facts as charged." *United*

*States v. Loutos*, 383 F.3d 615, 619 (7th Cir. 2004)(quoting, *United States v. Rietzke*, 279 F.3d

541, 545 (7th Cir. 2002).

     4.  Therefore, since Ms. Stewart's letter fails to comply with the Local Rules and serves

no purpose other than an attempt undermine the defendant's guilty plea, it should be stricken.

     WHEREFORE, the government moves this Court to Strike Ms. Stewart's letter filed as

docket entry #100.


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY



s/ Patrick J. Chesley_
Patrick J. Chesley Bar Number 0434841
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217/ 492-4450
Fax: 217/ 492-4044
E-mail: pat.chesley@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Schanzle-Haskins
Claire Manning
Attorneys at Law
One West Old Capitol Plaza
Suite 600
P.O. Box 2117
Springfield, IL 62705

 s/ Patrick J. Chesley
Patrick J. Chesley 0434841
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
Fax: (217) 492-4044
E-mail: pat.chesley@usdoj.gov